# Exhibit 1



# Professional and Managed Services Statement of Work

**_Prepared for:_**

ProtoCall Services, Inc.
Chris Kerns
Director of Information Technology
621 SW Alder Street, Portland, Oregon, 97205

03-03-2023-O-07754-Managed LogRhythm & DFIR

**AVERTIUM**

**ADAPT. ATTACK. EVOLVE**

## Purpose

This Statement of Work (the "SOW" or "Appendix") is effective as of the last signature date noted herein (the "SOW Effective Date") is entered into between Avertium, LLC, a Delaware limited liability company, successor in interest to Terra Verde Security and assignee of 1440 Security ("Avertium" or "Contractor"), or its affiliated company Avertium Tennessee, Inc., a Delaware corporation, successor in interest to Sword & Shield Enterprise Security, Inc., (collectively "Avertium") and Protocall Services, Inc. ("Client").

This SOW is subject to *Avertium Services Terms and Conditions V1*, ("the Agreement"). All capitalized terms used, but not otherwise defined herein, shall have the meanings set forth in the Agreement. This SOW is incorporated by reference into the Agreement.

This Statement of Work describes the following Service(s) ProtoCall Services, Inc. is contracting from Avertium:

- Incident Response Retainer Flex - (80 hrs)
- Managed Security Services for LogRhythm Multi-Tenant

## Company Overview

Avertium is the security partner that companies turn to for end-to-end cybersecurity solutions that attack the chaos of the cybersecurity landscape with context. By fusing together human expertise and a business-first mindset with the right combination of technology and threat intelligence, Avertium delivers a more comprehensive, more programmatic approach to cybersecurity - one that drives action on the ground and influence in the boardroom. That's why over 1,200 mid-market and enterprise-level organizations across 15 industries turn to Avertium when they want to be more efficient, more effective, and more resilient when waging today's cyber war.

A<sup>V</sup> AVERTIUM

## Description of Service(s)

The first 24 to 48 hours after a security incident are the most important for recovery. Threat actors routinely compromise business and personal data, and it is important to quickly assess the situation and capture information related to the incident. Therefore, rapidly launching an expert Digital Forensics and Incident Response (DFIR) team into action is imperative.

Avertium's IR Retainer Program (The Services) proactively addresses administrative activities required to begin a DFIR investigation and reduces the time to investigate potential security incidents. A DFIR retainer ensures the client has highly trained security and forensic experts available on demand to help minimize the impact of a cyber security incident.

Retainer-based services also provide the client a pre-negotiated rate and process for gaining Avertium Emergency DFIR Support in the event of a cyber security incident, saving even more critical time. Additionally, retainer-based services are offered to clients at a discounted rate over our standard hourly Emergency DFIR Support services.

Avertium offers a choice of retainer programs: the Standard IR Retainer service (IR Retainer Defend) to provide on-demand investigation of potential unauthorized access to systems, and two expanded flexible retainer services (IR Retainer Flex and IR Retainer Protect) which include reallocation services to help a client prepare for and reduce the chance of a security incident.

## Engagement Approach

**Customized Incident Response**

DFIR is an ever-evolving challenge that requires a combination of tools, methodologies, and people to execute successfully, and no two engagements are alike. Avertium's DFIR toolkit includes a broad range of instruments and capabilities to draw on when tailoring an engagement to our clients' specific situation and needs. Our experienced Cyber Response Unit (CRU) team members will assess the aspects of your incident to determine the right tools needed to support the investigation based on their exposure to a range of incident types.

Some of the frequently investigated incidents include:

- Advanced Persistent Threats
- Malware and Ransomware
- Business Email Compromises
- Spear-phishing attacks
- Drive-by Downloads
- Insider Threats
- Social Engineering
- Unauthorized Access
- Data Exfiltration

*Tiered Services*
**IR Retainer Defend**

- On-boarding
    - Avertium will schedule a Project Kickoff meeting to work with appropriate Client Team members to cover the following:
        - Avertium contact information to report a possible incident
        - Information Gathering document, network diagram and incident response plan
- Included Services
    - Emergency Incident Response (up to 40 hours)
    - Threat Intelligence reporting
- Reallocation Services Available – These services and capability are not included in the Standard IR Retainer.

 AVERTIUM

- All hours for this program must be used within the term of this SOW and expire 12 months from effective date of this SOW.

**IR Retainer Flex**

- On-boarding
  - Client will be provided with a questionnaire and request for documentation of applications, security solutions, and network topology to avoid unnecessary delays in the event an investigation is needed. The Avertium CRU team will conduct a one-hour discovery call to learn about the client environment and share information about our operating methods. To minimize response time, the CRU will look to gain an understanding of Client's applications, security solutions, key contacts and network topology. Frequently, as a result of these conversations, potential gaps in the client monitoring environment are identified and remediation actions planned.
  - Avertium will schedule a Project Kickoff meeting to work with appropriate Client team members to cover the following:
    - Avertium contact information to report a possible incident
    - Information Gathering document and request for documentation of applications, security solutions, and network topology to avoid unnecessary delays in the event an investigation is needed
    - Overview of each of the included services and available reallocated services
    - Establish the schedule for the included services
- Included Services
  - Emergency Incident Response (up to 80 hours)
  - Threat Intelligence reporting
  - Incident Response Tabletop Exercise (up to 20 hours)
  - One-time Attack Surface Analysis
- Ability to reallocate unused retainer hours to one or more of the following services
  - Incident Response Plan Review
  - NIST CSF Security Assessment
  - Internal or external network penetration test
  - Wireless penetration test
  - Semi-Annual threat briefing
- All hours for this program must be used or be assigned to specific reallocation services via a work order 30 days prior to the end of the term of this SOW. All relocation services must be completed within 90 days of the end of the term. Unused hours may not be reallocated to an IR retainer renewal.

**IR Retainer Protect**
- On-boarding
  - Client will be provided with a questionnaire and request for documentation of applications, security solutions, and network topology to avoid unnecessary delays in the events an investigation is needed. The Avertium, CRU team will conduct a one-hour discover call to learn about the client environment and share information about our operating methods. To minimize response time, the CRU will look to gain an understanding of Client's applications, security solutions, key contacts and network topology. Frequently, as a result of these conversations, potential gaps in the client monitoring environment are identified and remediation actions planned.
  - Avertium will schedule a Project Kickoff meeting to work with appropriate Client team members to cover the following:
    - Avertium contact information to report a possible incident
    - Information Gathering document and request for documentation of applications, security solution, and network topology to avoid unnecessary delays in the event an investigation is needed
    - Overview of each of the included services and available reallocated services
- Included Services
  - Emergency Incident response (up to 120 hours)
  - Threat intelligence reporting
  - Incident Response Tabletop Exercises (up to 120 hours)
  - Incident Response Plan Review (up to 10 hours)
  - Semi-annual Attack Surface Analysis
  - Semi-Annual threat briefing

A^v AVERTIUM

- Ability to reallocate unused retainer hours to one or more of the following services
  - NIST CSF security assessment
  - Internal or external network penetration test
  - Wireless penetration test
  - Web Application assessment
  - Mobile application assessment
  - Threat hunting
- All hours for this program must be used or be assigned to specific reallocation services via a work order 30 days prior to the end of the term of this SOW. All reallocation services must be completed within 90 days of the end of the term. Unused hours may not be reallocated to an IR retainer renewal

This SOW will describe the process of onboarding, Emergency Incident Response Services and how to engage the Critical Response Unit, how to request any services available through the reallocation of unused hours and provide an overview of each of the available services.

The processes identified in this Statement of Work are modeled around the NIST Cyber Security Framework and each engagement will be tailored to fit the customer's situation and needs. As such, not all steps listed here will apply to each engagement. While delivering The Services, Avertium may deploy technologies to Client devices to support threat identification, containment and eradication needs. Such technologies are licensed and/or owned by Avertium and licensure and/or ownership of such technologies is not conveyed to the Client. Client agrees to remove Avertium licensed/owned technologies upon Response Closure unless otherwise mutually agreed upon by Client and Avertium.

# Emergency DFIR

**Engaging the CRU for Emergency DFIR**
Avertium will provide Client with engagement instructions and contact information as outlined by Client's retainer service.

### Resource Assignment, Response Planning, and Activation
- Avertium assigns an Incident Responder who contacts Client to obtain additional details, determine appropriate responseactions and next steps ("Agreed Upon Services").
- Avertium Incident Responder(s) activates and begins performing Agreed Upon Services within two (2) hours of Acknowledgement (Remote-delivered services).
- In the event of phone-call based initial request from Client, such phone calls shall be considered Acknowledgement withadditional follow up from the assigned Incident Responder for Response Planning and Activation.
- If on-site presence is required, Avertium will make all commercially reasonable efforts to place appropriate resources on- site at Client location within forty-eight (48) hours.
- Avertium will prioritize speed of response by utilizing remote service delivery unless on-site presence is unavoidable given the incident.
- During the services described herein, Avertium may discover additional evidence of compromise requiring additional services to be performed. Avertium will communicate such requirements to Client and obtain approval prior to performing such services.

### Response Closure
- Response Closure shall be defined by either:
  - Client-requested: Client may request closure of the Emergency Response activity at any time.
  - Incident Responder Recommended: Incident Responder(s) may identify eradication of the threat(s) which prompted the incident declarations and communicate a recommended closure to Client.
  - Approval of Response Closure shall be at the Client's discretion.
- If Client elects to close an Emergency Response engagement prior to Avertium's recommendation, Client understands and acknowledges that Deliverable completeness, accuracy, and comprehensiveness may be impacted.
- Six (6) months from the point of closure, Avertium may destroy any physical or digital evidence collected for this engagement.

*How to request eligible services through the reallocation of unused hours*

AVERTIUM

- Client requests a project to be initiated by submitting a ***Work Order*** to its Account Executive or Service Delivery Manager (SDM).
  - The Work Order must name the specific service requested from ***Eligible Services***, the number of hours Client is requesting to be allocated for the service, and the scoping information, if any, as defined for the service described.
- Avertium will notify the Client within five (5) business days if the Work Order is accepted or requires additional information.
- Once the Work Order is accepted, Avertium will assign a project manager. The project manager will contact the Client to obtain any additional details and schedule a project kick-off call.

## Assumptions, Declarations, and Responsibilities

- Incident Response work cannot begin until Avertium has access to the target systems or evidence requested by Avertium based on the stated scope.
- Avertium will assist client with evidence collection and transfer to a client specific secure data area for analysis.
- Understanding time is of the essence, Avertium will expedite the engagement start by utilizing remote service delivery unless on-site presence is unavoidable.
- Material changes in the scope of the environment to be analyzed may require a change order and related increase in price.
- Avertium will require various software agents be deployed to identify and/or block malware and to collect evidence.
- During the initial stage when there is reason to believe the threat actor is still active in the network, the research and containment efforts may be conducted outside normal business hours.
- Once it is determined that the threat actor is no longer active and the threat has been contained, up to and including shutting systems down, the remainder of the engagement will be conducted during normal business hours unless the Client and Avertium agree in writing via a change order to an extended support effort.
- This SOW does not contain eradication services and it is the client's obligation to remove malware from systems as identified by Avertium.
- The specificity and quality of the findings is dependent on the availability of evidence.
- During providing the services described in this SOW, Avertium may discover additional evidence of compromise which may require additional services be performed. Avertium will communicate such findings to the Client and obtain approval prior to performing such services.
- Monitoring the deployed software and investigating related alerts for indicators of compromise post engagement are not included in this SOW. Avertium offers Threat Monitoring Bridge Services to support and enable an effective transition from a DFIR engagement to a regular threat detection managed service that would be executed under a separate SOW.
- In the event [Customer Name] requests additional services beyond the scope of this SOW, including requests that expand the obligations stated or intended by the nature of the deliverables contained in this SOW, [Customer Name] and Avertium may either execute a change order to this SOW to adjust the scope of services and pricing to include the expanded services, execute a separate SOW for additional services if applicable, or leave the scope and mutual obligations as stated in this SOW.

AVERTIUM

*Additional Hours or Services*
- If Client needs additional Emergency Incident Response hours, this SOW can be extended by executing a change order at the following rates:
  - Standard IR Retainer - $375 per hour
  - IR Retainer Flex Plus - $350 per hour
  - IR Retainer Flex Max - $325 per hour

- If Avertium needs to deliver additional professional services to Client beyond the scope of this SOW, the following discounts apply:
  - IR Retainer Flex Plus clients will receive a 5% discount for additional services
  - IR Retainer Flex Max clients will receive a 10% discount for additional services

## Client Responsibilities

- It is incumbent on the customer to take remediation actions prescribed by Avertium. If the customer desires Avertium's assistance, this requires a separate engagement to be carried out under a separate statement of work.
- Understanding that time is of the essence, Client will immediately provide remote access to the environment, make technical points of contact readily available, and deploy Avertium-recommended tools in a timely fashion.
- Notify Avertium if evidence retention beyond six months is required.
- Client will provide a designated point of contact (POC) to facilitate access to information required for Avertium to perform the services who will be available in a reasonable timeframe for the service being provided. It is preferred that the POC has a technical background in system and network administration.
- Forensic services and recommendations from Avertium do not guarantee that intrusions, compromises, or any other unauthorized activity will not occur on a Client network in the future.
- Client is solely responsible for consequences arising from failure to follow Avertium's recommendations or guidance on remediation.
- Unless otherwise noted in this Statement of Work, the services will be performed during Avertium's normal business hours (Monday – Friday 8:30 am – 5:30 pm local time). Avertium will obtain prior written consent from Client prior to incurring fees for work performed during non-standard business hours.
- Client acknowledges that Avertium may destroy any physical or digital evidence collected for this engagement after six (6) months from the point of any DFIR project's closeout.

## Avertium Responsibilities

- Cases in which EDR agents have been deployed in response to the incident, Avertium will monitor endpoint protection software agent(s) for up to 30 days from date the agent is supplied to client.
- Notify client as soon as practical if malicious activity is identified within their environment.
- Keep details of investigation confidential from any third party unless directed in writing by Client to share information.
- Store any collected evidence in a secure manner.
- Retain collected evidence for a period of six months following conclusion of engagement, after which it will be securely deleted.

AVERTIUM

## Program Selection

Please select one of the following:

☐       IR Retainer Defend – The standard 40-hour incident response retainer is all I need.

☒       IR Retainer Flex – An 80-hour retainer with the additional services added and the ability to leverage additional IR Services is the right value for us.

☐       IR Retainer Protect – The 120-hour retainer with an expanded list of additional services added and more services available to get the most out of our retainer hours is the best value for us!

AVERTIUM

## Description of Service(s)

Avertium's risk-based approach to managed security delivers the right combination of technology, field-validated threat intelligence, and resource empowerment to reduce complexity, streamline operations, and enhance cybersecurity resilience.

Avertium's risk-based approach to managed security delivers the right combination of technology, field-validated threat intelligence, and resource empowerment to reduce complexity, streamline operations, and enhance cybersecurity resilience.

Avertium's Managed Security Service (MSS) provides real-time analytics and advanced correlation to identify suspicious or malicious activity in your enterprise. Our trained security analysts have eyes on glass 24x7x365 to evaluate real time security event notifications from across your networks, servers, email, endpoints, and cloud environments; eliminate false positives, and deliver high fidelity managed threat identification, providing visibility and context in the identification and handling of cyber threats.

The Avertium show-no-weakness approach to implementing, managing, and monitoring the LogRhythm platform ensures faster time to deployment and return on investment. As a LogRhythm Partner, Avertium experts work with you to deploy, configure ant tailor LogRhythm to your environment.

Details of the service and technology components are outlined below.

## Scoping

The scope of this engagement is:

- Avertium's multi-tenant LogRhythm deployment for up to 1000 MPS
- 90 days hot storage; One year cold storage
- 8 Pro Agents

Scope is based on the Simple_Scoping_Document_Protocall and the LogRhythm Architectural Design Document (LADD).

AVERTIUM

## Engagement Approach

The activities and deliverables for this service are logically grouped in the following categories:

- Client Onboarding
- Monitoring and Alerting
- Operational Support
- Platform Administration and Maintenance

## Client Onboarding

Proper platform and service implementation and onboarding lays the foundation for a successful managed security services partnership. During the Implementation and Onboarding phase, Avertium's project management office (PMO) and LogRhythm certified engineers will follow an orchestrated process to gain a significant understanding of Client's networks, operations, change control procedures, and structure of its personnel.

Avertium will partner with Client to deploy and configure the LogRhythm collectors and agents needed to collect logs and securely send them to Avertium's multi-tenant LogRhythm system for processing and enable Avertium's Cyber Fusion Center (CFC) to perform ongoing monitoring, analysis and escalation. Along the way, Avertium will provide consulting and technical expertise to prepare the teams to rapidly deploy LogRhythm and to deliver the work defined in the Implementation Project Plan based on the following approach:

1. Project Kickoff and Implementation Planning
2. System Implementation
   - Agent Deployment
   - Tuning
3. Transition to Service Delivery and Project Closeout
   - CFC Workflow
   - Ticket & Report Review
   - Service Delivery Manager
   - End User Training

### *Activities*

### Project Kickoff and Implementation Planning

- Avertium will send Client a welcome letter with kickoff call availability, a detailed Information Gathering document and other supporting guides and documentation
- Once the completed materials are returned by Client, Avertium project managers and engineers will work with Client technical teams to create the ProtoCall Services, Inc. implementation project plan
- Avertium will schedule a Project Kickoff meeting to work with appropriate Client team members and stakeholders from Avertium and Client's organization to cover the following:
  - Introduce project team(s)
  - Review the scope and discuss what inhibits or enables success from an onboarding perspective
  - Review the phases, timelines, and milestones/deliverables
  - Gather data used to create a customized project plan
  - Client to identify Client resources required for each phase
  - Identify Client Responsibilities
  - Discuss Key Assumptions
  - Detail project team and project escalations within Client, including:
    - Client's change control process and procedures


AVERTIUM

- Review reporting requirements
- Review platform resources requirements
- Review Avertium's user requirements for access
  - Form the communication plan for status calls, working calls and architecture review calls
  - Client to identify Client resources Avertium requires for each phase.

- Avertium will use the gathered data to create the Project Definition Document to align Client and Avertium's service motion going forward
- Avertium Engineering and Client will hold an architecture review call for the engineer to understand client's environment at a deep technical level and confirm solution design:
  - Review and document Client's data sources for ingestion into the SIEM focusing on critical infrastructure
  - Gather necessary device and service configurations and IP addresses

## System Implementation

Avertium Engineering will:

- Work with Client to implement the necessary whitelisting to enable log collection and system access
- Work with the client to set up the log collection methods identified during the information gathering step. This can include one or more of the following:
  - LogRhythm Syslog collectors (Lite or Pro agents)
  - Open collectors for collecting from Cloud environments
  - Windows Event Forwarding
  - If required for remote log collection, Avertium will work with the client to set up a VM log collection host
- Define the entities to add to LogRhythm to meet Client alerting and reporting requirements.
- Configure and accept pending Syslog data sources
- Create Client, analyst and engineering logins
- Deploy Avertium ruleset and configure health monitoring alarms
- Set up reporting and report delivery mechanism
- Work with the client to integrate LogRhythm supported endpoint solutions for improved correlation
- Document the Client notification and escalation contacts and protocol
- Work with Client to review and validate system operation, test ticket delivery and sign off to transition to 24x7 Monitoring and Alerting.

## Transition to Service Delivery and Project Closeout:

- Avertium will schedule and conduct an SDM transition meeting:
  - Explain what Client will receive notification of and how Client will receive notifications
  - Explain how Client can request additional support
  - Provide Client with CFC and SDM contact information
  - Review onboarding status and identify and create action plan for addressing outstanding items
  - Review reports generated by the LogRhythm platform and inform Client of delivery cadence
- If needed, Avertium will conduct up to two (2) one-hour sessions to train the Client's designated staff on using the LogRhythm WEB UI
- Avertium will begin service commencement activities in cooperation with Client:
  - Schedule service commencement
  - Avertium will send Client a Delivery and Acceptance document

A<sup>v</sup> AVERTIUM

## Deliverables

- Welcome letter
- Project communication plan
- Project Definition Document (PDD)
- Implementation project plan
- Working LogRhythm system that meets the scoped implementation
- Named SDM with meeting cadence set based on the contracted tier of service
- CFC closeout deck

# Monitoring and Alerting

Avertium security analysts will monitor Client's environment for significant security events and will alert Client regarding these events according to the processes and procedures established during Project Kickoff and Implementation Planning.

## Activities

- Once installation and onboarding are complete, Avertium will do the following to deliver the Monitoring and Alerting portion of your managed security services:
    - Monitor SIEM activity 24x7x365
    - Investigate alerts and alarms to eliminate false positives and determine if an alert or alarm requires escalation
    - Create and send a corresponding ticket to Client regarding credible alerts and alarms
    - Respond to Client if Client updates ticket
- Avertium will incorporate cyber threat intelligence from STIX/TAXII-compliant providers and commercial and open-source feeds into our proprietary SOAR platform to reduce false-positives, detect hidden threats, and prioritize the most concerning alarms and utilize a variety of threat exchanges to enrich and enhance services.
- Avertium will regularly update detection rules to look for IOCs from emergent threats or those observed across our customer base.

## Deliverables

- Timely notification of alerts that require Client's investigation to determine final disposition and potential need for remediation
    - Daily Reports
    - Login Failure
    - Allowed Threat List Traffic
- Weekly Reports
    - Silent Log Source
    - Pending Log Source
    - Log Source by Host
- Monthly Reports
    - Log Volume Report Summary
    - Log Volume by Log Source Type

AVERTIUM

# Operational Support

## *Activities*

Avertium goes beyond basic threat detection and response to deliver customer-centric managed security services. In addition to Monitoring and Alerting, Avertium will provide the following as part of regular service operations:

- Named SDM will act as primary support contact. SDM will provide reporting and meet regularly with Client throughout the duration of the term of Services to review services, ensure health of the platform, and discuss tactical, strategic, and technical needs. Required attendance from Client includes project sponsor, project manager, engineering lead, and other key personnel as needed.
- Upon reaching full operating capacity, Avertium's Customer Experience Team (CX) will schedule periodic check-ins with Client to gauge Client satisfaction of ongoing services by conducting client satisfaction surveys, monitoring feedback and corresponding with Client's named SDM to track progress of Client relationship.
- Avertium will provide periodic threat reports to the Client as part of normal operations. These reports will cover recent threats, vulnerabilities, and security trends and are delivered in two forms:
  - Threat Intelligence Reports (TIRs): Weekly in-depth reports based on a specific threat actor, attack campaign, TTP, etc. TIRs include Indicators of Compromise (IOCs) which are shared with the Cyber Fusion Center (CFC) to keep detection and threat hunting services up to date with the latest threat intelligence.
  - Flash Notices: Out-of-band email notices sent directly to customer contacts specified during the onboarding process to alert Client to emergent threats which satisfy two or more of the following criteria:
    - Zero-day vulnerability
    - Active exploitation in the wild
    - No available patch
- Avertium will support Client requests for audit evidence for annual or semi-annual compliance audits.

## *Deliverables*

- Weekly Threat Report
- Flash Notices as needed
- Cyber threat intelligence

# Platform Administration and Maintenance

Maintaining Avertium's multi-tenant platform health is crucial for optimal performance. Avertium Engineering is responsible for maintaining the multi-tenant environment and managing and maintaining the LogRhythm solution.

## *Activities*

These tasks include:

- Conducting monthly platform health checks to ensure that the platform is operating at as expected.
- Maintaining the console entity structure in a manner that facilitates continued tuning and performance related exclusions as needed.
- Onboarding new data sources for LogRhythm supported devices and applications (examples include new firewalls, security technologies, and applications)
- Troubleshooting any software and hardware issues when log sources are interrupted or fail to report log events
- Troubleshooting LogRhythm in the event of system component problems and work with the vendor as needed
- Updating system configuration settings on solution components for general updates, maintenance, or performance tuning
- Keeping the LogRhythm software up to date within Avertium change management guidelines.

 AVERTIUM

- Regularly tuning active rules to reduce false positives and improve threat detection
- Providing up to sixteen (16) hours per month of engineering support for custom rule creation for LogRhythm supported log sources and custom reporting. Hours do not carry over from month to month.
- Working with client to ensure ongoing connectivity as needed (e.g., firewall & VPN)
- Assisting client with setting appropriate audit policies for remote log collection (WEC/WEF)
- Providing Client with support for evidence collection during a compliance audit (e.g., for the PCI DSS)

## *Deliverables*

Up-to-date optimally performing LogRhythm platform.


## Assumptions and Declarations

Client agrees to perform the obligations and acknowledges and agrees that Avertium's ability to perform its obligations and its responsibilities are dependent on Client's compliance with the following:

- Unless otherwise agreed to in this Statement of Work, onboarding will be scheduled based on Avertium availability which is typically two (2) weeks after signing of this SOW and takes between four (4) and eight (8) weeks. If expedited onboarding is required, a one-time charge equivalent to two months of services fees will be charged and the following apply:
  - Client must have a technical point of contact available for a minimum of 2 hours per day for connectivity and system configuration requirements.
  - Client change management approvals must be available either as a normal part of the Client's process or in an exception process.
- The services described in this SOW do not begin until onboarding is complete.
- Once onboarding is complete, requests for engineering support will be submitted through the Client's SDM.
- Unless otherwise agreed to in this Statement of Work, only LogRhythm supported log sources will be collected for processing and correlation. Custom log parsing is available through additional engineering hours at an additional cost.
- Requests for searches that include logs that have been archived (compressed, encrypted, and moved to cold storage) may require several days or weeks to decrypt, decompress, and re-index into the searchable database depending on the amount of data to be restored to the hot storage searchable database. The more specific the request the faster the data can be restored.
- For Services being delivered leveraging Avertium's multi-tenant LogRhythm system, Client access will be through the LogRhythm WEB UI only to restrict access and visibility to the Client's data only. The capability is limited to general use excluding administrative functions.
- Avertium monitored security services of a Client network does not guarantee that intrusions, compromises, or any other unauthorized activity will not occur on a Client network.
- Avertium will not undertake any management of any of the devices subject to this service for intrusions, compromises, or any other unauthorized activity. Client is solely responsible for acting upon the events and alerts presented to Client for the devices subject to this service. Avertium shall not have any liability or responsibility in connection with or arising out of Client's actions, failure to act or delay in acting on such events and/or alerts as and when presented.
- Avertium uses third-party vendors' products to deliver its services, (LogRhythm™, Sophos™, etc.). Avertium and Client shall comply with the vendor specifications of their product and any modifications to those specifications during the term of this service.
- Open collectors shall be hosted by Client at Client's expense.

AVERTIUM

## Out-Of-Scope Declaration

- Out-of-scope issues will be reviewed throughout the term of this Statement of Work. If necessary, an amendment to this Statement of Work will be executed as mutually agreed to address pertinent out-of-scope changes. Any corresponding changes to the Statement of Work, scoping assumptions, pricing, and other essential elements will be included in the amendment. Changes or additions that may affect the scope of this SOW include but are not limited to:
    - A material change in the number or amount of logs to be collected
    - The number of locations from which logs are to be collected (e.g. additional data centers, office locations, or cloud environments)
    - An increase in the number of days of hot searchable storage required
    - Revised (expedited or delayed) implementation timeline
- Unless specifically identified as a contracted service described separately in this or a stand-alone SOW, this service does not include digital forensics or incident response (DFIR) services in response to an identified threat. Avertium offers superior DFIR services, which Client may elect to utilize. Such services are outside the scope of this agreement.
- In the event that Avertium needs to deliver additional professional services to Client, which is beyond the scope noted herein, Client may procure that engagement at Avertium's then current rate. An Avertium Account Executive can assist and provide Client with pricing for the proposed solution. When possible, Avertium will provide a recommended block of hours to purchase for budgetary estimate purposes. Client will be invoiced for the actual hours used during the engagement. Prior to the start of the engagement, both organizations will confirm acceptance of the arrangements via email communication.


## Client Responsibilities

- Prior to the core implementation phase launch, Client will complete the following tasks and convey details to Avertium in writing:
    - Provide log source documents, prerequisites and collection methods for any additional required log sources.
    - Open relevant firewall ports.
    - Ensure any required change control approvals are in place.

In addition, Client is responsible for the following:

- Making changes in their own environment to allow every Avertium managed device the continuous connectivity required for the complete operation and management of the device. These include, for example, incoming and outgoing firewall permissions, VPN connectivity, and physical connections to the network. A complete listing, based on purchased service(s), will be provided during the initial kick-off process; and can also be provided in advance upon request.
- Maintaining appropriate levels of hardware support, maintenance and connectivity to prevent network performance degradation and maintain communications between the Clients contracted devices and our managed security service.
- Making any configuration changes to their own equipment required for Avertium to receive log data including:
    - Deploying agents in their network or cloud environment including any virtual environments supporting log collection.
    - Implementing necessary tools to convert proprietary log formats into syslog or other standard output.
- Providing a designated point of contact (POC) to facilitate access to information required for Avertium to perform the services noted. It is preferred that the POC have system and network administration skills.
- Notifying Avertium within three (3) business days when employees with logins to Avertium systems are no longer employed with the Client or are no longer authorized to have access to Avertium systems.

AVERTIUM

**Avertium Responsibilities**

Avertium is responsible for the following:

- Keeping the LogRhythm system current on the most recent, stable version of the LogRhythm software.
- Monitoring the LogRhythm environment health and tuning the environment for efficient processing of logs and providing effective correlation.
- Performing timely analysis of alerts and alarms, eliminating false positives when possible, and providing timely notification to the client.
- Keeping up to date on improvements in the LogRhythm software
- Keeping LogRhythm rules and alerts current to enable effective threat detection
- Maintaining Avertium networks and systems under Avertium's control to enable connectivity to the LogRhythm system and enable timely notification of alerts and alarms.

AVERTIUM

Fees and Expenses

## Subscription Services

| Code | Name | Monthly Fee | # of Months | Extended Price |
|------|------|------------|-------------|----------------|
| MSS-LR-MTP | Managed Security Services for LogRhythm Multi-Tenant | $8,325.00 | 24 | $199,800.00 |
| MSS-Product-LR | Managed Security Services for LogRhythm MTP - Product | $3,377.00 | 24 | $81,048.00 |

**Terms**

This SOW contains subscription services. The initial term of this SOW is for a period of twenty four (24) months commencing on the date of the first invoice ("Initial Term"). The subscription services automatically renew for successive twelve (12) month terms ("Renewal Term") unless either party provides the other party with written notice of termination at least ninety (90) days prior to the start of the next Renewal Term. Monthly services fees will increase 5% at each renewal term not to exceed Avertium's then current list price for the Services.

**Invoicing**

This SOW includes one or more subscription Managed or Professional Services . The first month's charge for these services will occur thirty (30) calendar days following the signature of this SOW for the Initial Term or at the start of the renewal term.

**Additional Terms**

Taxes, shipping, handling, and other fees may apply and will be invoiced to Client, as applicable.

|  |  |
|---|---|
| | $280,848.00 |
| **Sub-Total for Subscription Services Extended:** | |
| **Sub-Total for Subscription Services (Monthly):** | $11,702.00 |

## Non-Recurring Services

| Code | Name | Quantity | Unit Price | Extended Price |
|------|------|----------|-----------|----------------|
| Retainer-IR-80 | Incident Response Retainer Flex - (80 hrs) | 2 | $34,400.00 | $68,800.00 |

**Terms**

The term of this agreement is twenty-four (24) months from the signature date of this Statement of Work. Hours expire annually according to the terms stated in this SOW.

All Professional Services Work will be completed within twenty-four (24) months from the signature date of this Statement of Work.

**Invoicing**

This SOW includes one or more fixed fee projects. Client will be invoiced for the Year 1contract value upon execution of this Statement of Work. Year 2 will be invoiced accordingly.

Taxes, shipping, handling, and other fees may apply and will be invoiced to Client, as applicable.

AVERTIUM

**Additional Terms**

During the term of this SOW and for one (1) year thereafter, Client will not hire or attempt to hire any Avertium personnel who performed Services under this SOW and with whom Client personnel had regular contact. If Client violates the previous sentence, Client shall pay Avertium a sum equal to thirty percent (30%) of the last annual salary of the Avertium personnel hired by Client. The parties agree that the sum described in the previous sentence represents a reasonable agreement by the parties to quantify loss due to the difficulty of calculating actual damages, and is therefore intended to act as liquidated damages and not as a penalty. This restriction shall not apply to personnel who respond to publicly available job postings by Client or its agents, but only if Client or its agents do not directly notify such personnel of these postings.

**Sub-Total for Non-Recurring Services:** $68,800.00

| Description | Amount |
|---|---|
| **Total Contract Fees:** | $349,648.00 |

AVERTIUM

<table>
<tr><td>Prepared by:</td><td>Prepared for:</td><td>Contract Information:</td></tr>
<tr><td>Avertium Tennessee Inc<br>Bowe Hoy<br>1431 Centerpoint Drive<br>Suite 150<br>Knoxville, Tennessee 37932<br>Bowe.hoy@avertium.com</td><td>ProtoCall Services, Inc.<br>Chris Kerns<br>Director of Information Technology<br>621 SW Alder Street, Portland, Oregon, 97205</td><td>CON-002288<br> Date Issued:<br>**03-03-2023**<br>Expires:<br>**04-30-2023**</td></tr>
</table>

Payment terms are as agreed upon in Client's fully executed master document.  Pricing offered is valid as noted in this Statement of Work. Sales tax may be applied where applicable.

**Avertium Tennessee Inc**                                 **ProtoCall Services, Inc.**

By: *Brian Bilodeau*                            By: *Chris Kerns*

Printed:  Brian Bilodeau                 Printed:  Chris Kerns

Title:  VP Revenue Operations          Title:  Director of Information Technology

Date:  4/11/2023                               Date:  4/11/2023

 AVERTIUM

**Exhibit A - Description of Included Services**

**Threat Intelligence Reporting**

Threat intelligence is evidence-based information of the motives, goals, and resources of an emerging or existing threat. Avertium's Cyber Threat Intelligence (CTI) unit develops Threat Intelligence Reports (TIR) to provide context regarding adversaries and other threats to the cyber security landscape.

Avertium's Cyber Threat Intelligence Unit (CTIU) actively hunts for and conducts research on emerging threats and threat actors to continuously improve our services and threat detection capabilities, and to help our clients better understand the threat landscape and individual profiles of threat actors. Avertium issues a weekly Threat Intelligence Report that features a specific threat from a current topic such as ransomware, cryptojacking, malware, phishing, worms, etc. The CTIU also develops TIR's that feature specific threat actors who are actively exploiting vulnerabilities. Threat actor specific reports contain the following:

- A general overview of the threat or threat actor
- Details regarding the threat actor(s) like their name, country, origin, motivation for an attack, capabilities, etc.
- Tactics, techniques, and procedures
- Indicators of compromise (file hashes, malicious domains/URLs, etc.)
- Avertium's recommendations for prevention/mitigation
- Avertium's related protection and services for customers
- Supporting documentation for information provided

Another aspect of threat intelligence Avertium provides its clients comes in the form of Flash Notices. A flash notice is an emergency communication vehicle used to deliver information to Avertium's customers, as well as internal staff, about active threats. Those threats include information about vulnerabilities found within software and servers that are being exploited in the wild. The notice has a general turnaround time of between 24 and 48 hours. These notices are typically one page but can be longer depending on the threat.

A typical Flash Notice includes:

- Overview of the threat
- CVE identification number and attack vector
- Indicators of compromise (file hashes, malicious domains/URLs, etc.)
- Avertium's recommendations for prevention/mitigation (patching, command
- Avertium's related protection and services for customers (EDR/MDR, ZeroTrust, etc.)
- Supporting documentation for information provided

**Activities**

- Ongoing research on emerging threats, threat actor behavior, and various vulnerabilities.

**Deliverables**

- Weekly Threat Intelligence Reports
- Flash Notices for critical vulnerabilities

 AVERTIUM

**Attack Surface Analysis**

With well over 50% of breaches involving third-party vendors, an Attack Surface Analysis is an essential element of an organization's overall security program. Avertium's Attack Surface Analysis (ASA) focuses on your organization's and its third- party vendors' threat landscape including technical, financial, and compliance-based risk. Avertium's ASA service assesses your vulnerability and risk, including weaknesses introduced through your third-party vendors, to possible data exposure, system compromises or other cyber activities, and provides you with valuable actionable insights to protect your systems, brand, and reputation.

Our ASA Service measures your risk posture, benchmarks security performance against industry peers, and provides mitigation strategies to improve your risk scoring, then clearly and effectively reports security status in an easily digestible format appropriate for executive leadership. This arms you and your CISO or CIO with compelling and actionable information to drive strategic initiatives to reduce risk and susceptibility to ransomware and mature the organization's overall security posture.

**Activities**

Twice annually, Avertium will:

- Configure Avertium's ASA platform to collect data for the Client's domain and up to four (4) third party vendors' domains.
- Perform the data collection and report generation from OSINT sources including internet-wide scanners, hacker forums, and the dark web.
- Debrief Client on the potential security risks.

**Deliverables**

- In a one-hour review, an Avertium consultant will apply the?Avertium?Methodology along with deep expertise to explain the results of the following reports and help to apply them to your business:
  - o Strategy Report – contains detail remediation recommendations to improve Client's risk score and reduce the risk of an attack.
  - o Technical Report – Benchmark's the Client's organization's data breach index (DBI) against peer organizations and details technical attack surface findings.
  - o Ransomware Susceptibility Report – Benchmarks Client's Ransomware Susceptibility Index (RSI) against like organizations and provides detailed findings on susceptibility to ransomware attacks and identifies which vendors are most prone to ransomware.

**Special Note**

Avertium's Attack Surface Analysis provides information that may include system vulnerabilities and sensitive data exposure such as leaked usernames, passwords, social security numbers, financial data, and other personally identifiable information (PII) related to Client, your employees, and/or your third-party vendors.

 AVERTIUM

**Incident Response Tabletop Exercise**

A tabletop exercise is an excellent tool to use to help prepare for a cyber incident by identifying the proper steps to take in the event of a successful attack.

Avertium consultants will prepare for and facilitate a tabletop exercise to test Client's existing Incident Response Plan (IRP). The exercise will take place remotely with up to twenty (20) designated IT staff member and other personnel selected by Client. The purpose is to test the incident response team on their understanding of how to handle an incident and their ability to follow the documented plan.

Avertium may use guidance and scenario information gathered from the following sources:

- Department of Homeland Security (DHS)
- United States Computer Emergency Readiness Team (US-CERT)
- Federal Bureau of Investigation (FBI)
- SANS Institute
- NIST

**Activities**

- Avertium and the Client will have one thirty- to sixty- minute planning call to understand the organization's business environment in preparation for developing the scenario(s) for the tabletop exercise.
- Avertium will prepare one to three incident scenarios that would trigger the IRP in preparation for conducting a remote tabletop exercise.
- Avertium will conduct a three- to four-hour remote tabletop exercise with up to twenty (20) participants using the prepared scenarios. Avertium will walk the participants through the steps they would take in response to the scenario and incident information that is provided during the test exercise to identify any areas of improvement for the IRP.

**Deliverables**

- A three (3) to four (4) hour tabletop exercise
- Written recommendations for improving the current IRP

AVERTIUM

**Incident Response Plan Review**

An incident response plan is a set of written instructions for detecting, responding to, and limiting the effects of an information security breach/event. Our analysts will work with Client to review or update an existing plan or draft an effective new plan that will mitigate the duration and impact of a breach.

Efforts to support the incident response plan update will not exceed the number of retainer hours purchased and identified herein. Any additional hours required to support the project can be purchased at the agreed upon hourly rate and will be added in a separate SOW.

If travel to Client location(s) is required and approved by Client, reasonable, documented, and preapproved transportation expenses will be reimbursed at the actual cost, to include economy class airfare and local transportation.

**Activities**

- Review the Client's current incident response practices.
- Review documentation supporting any extant incident response process (policies, etc.).
- Document key findings from the review process.
- Identify any regulatory requirements that affect the IR Plan (breach reporting, customer notification, etc.).
- Identify (if applicable) pivot points within the IR Plan for initiation, escalation/de-escalation processes, contingency plan execution, breach reporting, return-to-normal processes, and post-incident review and update processes.

**Deliverables**

- Report of review findings and recommendations for improvement.
- Debrief client of the findings and recommendations.

 AVERTIUM

**Semi-Annual Threat Briefing**

Avertium's Cyber Response Unit has a long history of dealing firsthand with threat actors of all types and it has its finger on the pulse of the challenges you could be facing today. The CRU is continuously learning how cyber criminals gain unauthorized access to systems and data, what techniques they use, and how they adapt to and circumvent tighter controls. This service gives you the benefit of what the CRU is learning, from both extensive research and in the trenches, in a way that is actionable for you and your team.

**Activities**

- Gather relevant threat intelligence Avertium has curated this month and over the past year
- Summarize key learnings from the latest digital forensic and incident response engagements
- Prepare a current and relevant threat briefing for Client including:
  - Who the current active threat actors are
  - What vulnerabilities are being exploited in general and for companies like yours
  - What tools and techniques are currently being used to exploit companies like yours

**Deliverables**

- A one hour briefing conference call to review the prepared findings
- Recommendations on actions the Client can take to improve their security posture and reduce the risk of being compromised.
- A copy of the findings and recommendations

AVERTIUM

**NIST CSF Security Assessment**

Avertium will assess the organization's infrastructure to include systems, architecture, processes, and procedures. Additionally, Avertium will interview key technical and administrative personnel to determine gaps between NIST CSF recommendations and the organization's current operations.

Avertium will follow compliance guidance from the NIST CSF, which is broken down into five functions; Identify, Protect, Detect, Respond, and Recover, and includes the following control categories:

| | |
|---|---|
| • Asset Management<br>• Business Environment<br>• Governance<br>• Risk Assessment<br>• Risk Management Strategy<br>• Supply Chain Risk Management<br>• Identity Mgmt. & Access Control<br>• Awareness & Training<br>• Data Security<br>• Information Protection Processes and Procedures<br>• Maintenance | • Protective Technology<br>• Anomalies and Events<br>• Security Continuous Monitoring<br>• Detection Processes<br>• Response Planning<br>• Communications<br>• Analysis<br>• Mitigation<br>• Improvements<br>• Recovery Planning |

The results of the assessment are used to identify deviations in the organizational control environment from what is recommended by the NIST CSF. Avertium will recommend guidance where gaps are identified in order for the organization to achieve compliance.

**Activities**

Avertium will perform the following tasks to evaluate the organization's compliance with NIST CSF control guidance:

- Perform a gap analysis utilizing the NIST CSF control set.
- Produce a gap analysis report that compares the baseline technical controls in place today and NIST CSF control requirements.
- Develop recommendations that can be used as a guide for remediating control gaps.

**Deliverables**

- Executive Summary
- Detailed Analysis of Control Compliance
- Remediation Recommendations

Scoping Note

*Before submitting the Work Order for this service, the application must be scoped by Avertium to determine the number of hours required for the assessment. Please contact your Account Executive to schedule a scoping call.*



**External Network Penetration Test**

Avertium's External Network Penetration Test services are performed against public facing networks in support of Client's goals to validate security controls and compliance with multiple compliance frameworks.

Penetration Testing can be used to identify, document, and test a vulnerability or security risk within a designated set of IT IPs, assets, applications, websites, and devices. Penetration testing includes the manual or automated exploitation of the identified vulnerability and the manual gathering and identification of vulnerabilities within the targeted environment.

Our security professionals developed a methodology that is constantly updated with new techniques and approaches. It consists of a three phased approach including:

1. Phase – I: Planning and Preparation (Pre-Assessment)
2. Phase – II: Assessment (Penetration Testing)
3. Phase – III: Reporting, Clean-up, and Destroying Artifacts (Post-Assessment)

The Planning and Preparation phase begins with verifying client goals for the assessment and validating target scope. A well- defined Rules of Engagement process will also be introduced. The assessment team will perform Open-Source Intelligence Gathering (OSINT), and network mapping to understand the target network architecture.

The Assessment phase continues with performing host and service discovery. Vulnerability scans will be performed and analyzed to develop attack paths and scenarios. Configuration weaknesses and vulnerable systems are then exploited to gain unauthorized or privileged system access. Manual testing is also performed to not only validate scanning results, but also to discover issues the scanners may not detect. Throughout the test, we work with you to identify appropriate target systems and to keep you up to date on the attack's progress.

The Reporting phase documents all discovered vulnerabilities and the affected systems and includes recommendations for remediation. Findings will be prioritized based on severity and ease of exploitation. This phase can be thought of as the most important phase, as it presents the client with actionable items that can be used to further secure their networks and applications.

Although we use this framework as a guideline for managing our penetration testing engagements, our methodologies are heavily tailored and consider the maturity level, industry, threat landscape, and overall need of the client.

**Activities**

Avertium will:

- Validate external Client technology environments against simulated real-world threats
- Determine the effectiveness of currently implemented security controls and whether they are commensurate with security best practices
- Provide recommendations for lowering risks and improving security posture
- Provide one retest to verify the success of your remediation efforts. The retest must be completed within 60 days of the initial report. The retest will not test new IP addresses for new vulnerabilities that may be present but will be focused on previously scanned systems and vulnerabilities. Avertium will provide a memo that details the results of the retest

**Deliverables**

- Report that includes details around the scan findings, potential solutions and potential impact to the business should vulnerabilities not be remediated

 AVERTIUM

**Internal Network Penetration Test**

Avertium's Internal Network Penetration Test services are performed against internal networks in support of Client's goals to validate compliance with multiple compliance frameworks.

Penetration Testing can be used to identify, document, and test a vulnerability or security risk within a designated set of IT IPs, assets, applications, websites, and devices. Penetration testing includes the manual or automated exploitation of the identified vulnerability and the manual gathering and identification of vulnerabilities within the targeted environment.

Our security professionals developed a methodology that is constantly updated with new techniques and approaches. It consists of a three phased approach including:

1. Phase – I: Planning and Preparation (Pre-Assessment)
2. Phase – II: Assessment (Penetration Testing)
3. Phase – III: Reporting, Clean-up, and Destroying Artifacts (Post-Assessment)

The Planning and Preparation phase begins with verifying client goals for the assessment and validating target scope. A well- defined Rules-of-Engagement process will also be introduced. The assessment team will perform Open-Source Intelligence Gathering (OSINT), and network mapping to understand the target network architecture.

The Assessment phase continues with performing host and service discovery. Vulnerability scans will be performed and analyzed to develop attack paths and scenarios. Configuration weaknesses and vulnerable systems are then exploited to gain unauthorized or privileged system access. Manual testing is also performed to not only validate scanning results, but to discover issues the scanners may not detect. Throughout the test, we work with you to identify appropriate target systems and to keep you up to date on the attack's progress.

The Reporting phase documents all discovered vulnerabilities and the affected systems and includes recommendations for remediation. Findings will be prioritized based on severity and ease of exploitation. This phase can be thought of as the most important phase, as it presents the client with actionable items that can be used to further secure their networks and applications.

Although we use this framework as a guideline for managing our penetration testing engagements, our methodologies are heavily tailored and consider the maturity level, industry, threat landscape, and overall need of the client.

**Activities**

Avertium will:

- Validate internal Client technology environments against simulated real-world threats
- Determine the effectiveness of currently implemented security controls and whether they are commensurate with security best practices
- Provide recommendations for lowering risks and improving security posture
- Provide one retest to verify the success of your remediation efforts. The retest must be completed within 60 days of the initial report. The retest will not test new IP addresses for new vulnerabilities that may be present but will be focused on previously scanned systems and vulnerabilities. Avertium will provide a memo that details the results of the retest

**Deliverables**

- Report that includes details around the scan findings, potential solutions and potential impact to the business should vulnerabilities not be remediated



**Wireless Penetration Test**

Avertium's Wireless Penetration Testing services are performed against Client's public/private wireless networks, inside and outside of Client's physical location(s). The objective of the wireless security assessment is to examine the subsystems, components, and security mechanisms composing the system's infrastructure and identify weaknesses.

Both opportunistic and targeted threats with limited resources are evaluated. It is assumed that the "targeted with unlimited resources" threat cannot be defeated and, therefore, is not considered. The physical location will be evaluated for rogue or unauthorized wireless access points and a site-survey of the location will be conducted. Avertium will perform attacks against the wireless network and associated wireless clients. These attacks can include attempts to circumvent or break the security implementation to gain access, perform man-in-the-middle attacks, malicious wireless network impersonation, or de-authentication attacks.

**Methodology**

Avertium's Wireless Penetration Testing services are designed to validate customer wireless technology environments against simulated real-world threats. Once services are initiated, our testing team will work with Client to confirm the scope and testing objectives. The services are also tailored to Client requirements and data processing environment.

Our security professionals developed a methodology that is constantly updated with new techniques and approaches. It consists of a three phased approach including:

1. Phase – I: Planning and Preparation (Pre-Assessment)
2. Phase – II: Assessment (Wireless Penetration Testing)
3. Phase – III: Reporting (Post-Assessment)

The **Planning and Preparation phase** begins with verifying client goals for the assessment and validating target scope. A well- defined Rules of Engagement process will also be introduced. The assessment team will perform an initial review of the wireless network to gain a better understanding of design and currently implemented security controls.

The **Assessment phase** continues with performing site surveys and targeted attacks against the wireless access points and connected devices. Configuration weaknesses and vulnerable systems are then exploited to gain unauthorized or privileged system access. Throughout the test, we work with you to identify appropriate target systems and to keep you up to date on the attack's progress.

The **Reporting phase** documents all discovered vulnerabilities and the affected systems and includes recommendations for remediation. Findings will be prioritized based on severity and ease of exploitation. This phase can be thought of as the most important phase, as it presents the client with actionable items that can be used to further secure their networks and applications.

Although we use this framework as a guideline for managing our penetration testing engagements, our methodologies are heavily tailored and consider the maturity level, industry, threat landscape, and overall needs of the client.

**Activities**

- Validate Client's wireless technology environments against simulated real-world threats
- Determine the effectiveness of currently implemented security controls and whether they are commensurate with security best practices

**Deliverables**
- Recommendations for lowering risks and improving Client security posture

 AVERTIUM

**Exhibit B - Reallocation Eligible Services Work Order**

**Eligible Services Work Order**

Please complete and email this form to your Avertium Account Executive to request hours from your Incident Response Retainer Services SOW be allocated to the Eligible Services listed on Exhibit A of the SOW.

| Company Name: | | Requested By: | |
|---|---|---|---|
| Contact Email: | | Contact Phone: | |
| Date of Request: | | Associated SOW #: | |
| Eligible Service Being Requested: | | Timeframe Requested: | |
| Service Scope: | | | |
| Hours to be allocated:<br><br>Service Scoping required from Exhibit A: | | | |
| Additional Comments: | | | |
| | | | |

AV AVERTIUM