# Exhibit 2

# Professional Services Statement of Work

*Prepared for:*

Protocall Services, Inc.
Chris Kerns
Director of Information Technology
621 SW Alder Street, Portland, Oregon 97205

03-09-2023-O-09431-GRCaaS Program



**ADAPT. ATTACK. EVOLVE**

## Purpose

This Statement of Work (the "SOW" or "Appendix") is effective as of the last signature date noted herein (the "SOW Effective Date") is entered into between Avertium, LLC, a Delaware limited liability company, successor in interest to Terra Verde Security and assignee of 1440 Security ("Avertium" or "Contractor"), or its affiliated company Avertium Tennessee, Inc., a Delaware corporation, successor in interest to Sword & Shield Enterprise Security, Inc., (collectively "Avertium") and Protocall Services, Inc. ("Client").

This SOW is subject to the terms and conditions of the Master Service Agreement, Master Consulting Agreement or Reseller Partner Agreement ("the Agreement" or "Master Agreement") between the Parties, or *Avertium Services Terms and Conditions*, should no Master Agreement be in place. All capitalized terms used, but not otherwise defined herein, shall have the meanings set forth in the Agreement. This SOW is incorporated by reference into the Agreement.

This Statement of Work describes the following Service(s) Protocall Services, Inc. is contracting from Avertium:

**Year 1**
- SOC 2 Type 1 Audit & Attestation
- HITRUST r2 Assessment
- Identity Data Mapping and Protection (IDMaP) Assessment
- MARS-e Compliance Assessment
- GRaaS Platform (SOC/HITRUST)

**Year 2**
- SOC 2 Type 2 Audit & Attestation
- HITRUST r2 Interim Assessment
- Identity Data Mapping and Protection (IDMaP) Assessment
- MARS-e Compliance Assessment
- GRaaS Platform (IMDaP, MARS-e)

## Company Overview

Avertium is the security partner that companies turn to for end-to-end cybersecurity solutions that attack the chaos of the cybersecurity landscape with context. By fusing together human expertise and a business-first mindset with the right combination of technology and threat intelligence, Avertium delivers a more comprehensive, more programmatic approach to cybersecurity - one that drives action on the ground and influence in the boardroom. That's why over 1,200 mid-market and enterprise-level organizations across 15 industries turn to Avertium when they want to be more efficient, more effective, and more resilient when waging today's cyber war.

## Description of Service

Avertium will assist A-LIGN with its SOC Type 1 audit of Client. This work will include collecting information from Client to support the SOC Type 2 controls review and assisting with the import of data into A-LIGN's SOC Type 1 audit portal. Avertium will work directly with Client to conduct interviews of key staff and to assist in the identification and collection of evidence to support each SOC Type 1 control requirement.

In some instances, Avertium may also assist with the development and updating of information required as part of the audit. As information is collected and evidence uploaded to the portal, Avertium will work with A-LIGN to assist in answering questions related to the data collection and assessment activities.

During the formal review and attestation of Client, Avertium will be available to assist A-LIGN with any clarifying questions or data collection activities, as needed.

### Activities

Avertium will:
- Work with the Client to understand and collect the evidence needed for the audit
- Review evidence and documentation collected

### Deliverables
- Confirmation of scope
- Rules of engagement document
- Project Plan including deadlines and milestones
- Weekly status reports
- Evidence required for A-LIGN's review uploaded to A-LIGN's secure portal for their review

## Guidelines of Independence

### ET Section 101 – Independence

A member in public practice should be independent in fact **and** appearance when providing auditing and other attestation services.

A **covered member** is—

1. An individual on the attest engagement team;
2. An individual in a position to influence the attest engagement;
3. A partner or manager who provides nonattest services to the attest client beginning once he or she provides ten hours of nonattest services to the client within any fiscal year and ending on the later of the date (i) the firm signs the attestation report for the period during which those services were provided or (ii) he or she no longer expects to provide ten or more hours of nonattest services to the attest client on a recurring basis;
4. A partner in the office in which the lead attest engagement partner primarily practices in connection with the attest engagement;
5. The firm, including the firm's employee benefit plans; or
6. An entity whose operating, financial, or accounting policies can be controlled by any of the individuals or entities described in (a) through (e) or by two or more such individuals or entities if they act together.

A **financial interest** is an ownership interest in an equity or a debt security issued by an entity, including rights and obligations to acquire such an interest and derivatives directly related to such interest.

A **direct financial interest** is a financial interest:
1. Owned directly by an individual or entity (including those managed on a discretionary basis by others); or
2. Under the control of an individual or entity (including those managed on a discretionary basis by others); or
3. Beneficially owned through an investment vehicle, estate, trust, or other intermediary when the beneficiary:
    a. Controls the intermediary; or
    b. Has the authority to supervise or participate in the intermediary's investment decisions.

An **indirect financial interest** is a financial interest beneficially owned through an investment vehicle, estate, trust, or other intermediary when the beneficiary neither controls the intermediary nor has the authority to supervise or participate in the intermediary's investment decisions.

**Familiarity threat** – The threat that, due to a long or close relationship with a client, a member will become too sympathetic to the client's interests or too accepting of the client's work or product. Examples of familiarity threats include the following:

a. A member's immediate family or close relative is employed by the client.

b. A member's close friend is employed by the client.

c. A former partner or professional employee joins the client in a key position and has knowledge of the firm's policies and practices for the professional services engagement.

d. Senior personnel have a long association with a client.

e. A member has a significant close business relationship with an officer, a director, or a 10 percent shareholder of a client.

**Management participation threat** – Management participation threat. The threat that a member will take on the role of attest client management or otherwise assume management responsibilities for an attest client. Examples of management participation threats include the following:

a. A member serves as an officer or a director of the attest client

b. A member accepts responsibility for designing, implementing, or maintaining internal controls for the attest client.

c. A member hires, supervises, or terminates the attest client's employees.

## Other Assumptions
**Management, Administrative, Logistics, Process Assumptions**

- Our commitment to you is the best Client experience in every aspect of our process from first impressions throughout your time as our Client. The scheduling of resources is key to this, ensuring that we meet your deadlines and expected outcomes. We understand that "business happens", and we are committed to working with you, but in the rare case of repeated rescheduling of a project(s), Avertium may, in its discretion and with immediate notice to you, bill you for personnel downtime and expenses for scheduled work that is changed within seventy-two (72) hours of the start date. This policy is intended to reduce scheduling conflicts with our professional services where these consequences impact other Client's needs, as well protect the company against unforeseen downtime.

- Client will provide a designated point of contact (POC) to facilitate access to information required for Avertium to perform the services noted. It is preferred that the POC have system and network administration skills.

- Unless otherwise noted in this Statement of Work, all work will be done during Avertium's normal business hours (Monday – Friday 8:30 am – 5:30 pm local time). Avertium will obtain prior written consent from Client prior to incurring fees for work performed during non-standard business hours.

- In the event that Avertium needs to deliver additional professional services to Client, which is beyond the scope noted herein, Client may procure that engagement at Avertium's then current rate. An Avertium Account Executive can assist and provide Client with pricing for the proposed solution. When possible, Avertium will provide a recommended block of hours to purchase for budgetary estimate purposes. Client will be invoiced for the actual hours used during the engagement. Prior to the start of the engagement, both organizations will need to confirm acceptance of the arrangements via email communication.

- Client acknowledges that compliance with the assessment criteria used for this SOW is not a guarantee that the environment considered in the assessment is secured against unauthorized access or compromise.

## The Avertium Approach

At Avertium, we recognize that each client is unique and that no template or "one-size-fits-all" approach is adequate. We tailor our HITRUST assessment approach to best accommodate the needs of our clients. This approach to your assessment results in:

1. A streamlined data collection and documentation review process;
2. Interviews with your key personnel;
3. Guidance to ensure proper scope;
4. Technical testing and sample from point-in-time populations (e.g., endpoints, servers, etc.), to be determined by the Assessor and Illustrative Procedure according to the Assessment scope;
5. All work by the Assessor will be validated in the MyCSF Portal.

Avertium will examine the evidence for each requirement statement to assess the level of compliance for each of the five maturity levels, as follows:

1. Is a **policy** in place?
2. Is there a **process** or **procedure document** to support the policy?
3. Has it been **implemented**?
4. Is it being **measured** and tested by management to ensure it is operating?
5. Are the measured results being **managed** to ensure corrective actions are taken as needed?

For each maturity level, Avertium will recommend the client's level of compliance from the options below:

1. Non-Compliant (0%)
2. Somewhat Compliant (25%)
3. Partially Compliant (50%)
4. Mostly Compliant (75%)
5. Fully Compliant (100%)

## Description of Service

The following paragraphs detail our understanding of the tasks to be performed.

**HITRUST CSF Risk-Based Validated (r2)**

Avertium will provide HITRUST External Assessor services for HITRUST certification through the performance and execution of a Common Security Framework (CSF) r2 Assessment. This service includes the delivery of the necessary validation reports and other attestation documents. The CSF Security Assessment covers the required CSF Controls for Certification (up to 378 Controls).

Following are the action steps which take place during the HITRUST certification via CSF Security Assessment process:

1. The company purchases a HITRUST CSF annual subscription. HITRUST's fee for this annual subscription is dependent upon the number of users. This fee can be paid to Avertium as part of the overall engagement price; Avertium will then submit Client payment to HITRUST.

2. The company selects Avertium as its Assessor organization and grants Avertium as an external assessor.

3. The client must identify the project coordinator and the supporting review team personnel at the organization being assessed and project management techniques to be used.

4. The client will define the scope of the assessment in terms of business units and identify appropriate stakeholders from each business unit, including a coordinator. The client will define the scope of the assessment for each business unit in terms of systems, including those with higher risk profiles (e.g., store, process or transmit ePHI).

5. 90 days before the HITRUST assessment starts, the client will start to gather and examine the necessary information (e.g., policies, procedures, records, logs, vulnerability assessment reports, risk assessment reports) and examine configuration settings, physical surroundings, processes and other observable information protection practices.

6. Avertium will deliver the client's HITRUST information request list (IRL) before the start of the assessment.

7. Avertium will review the client's IRL, explain how the documentation should be collected, and a standard methodology on how the evidence should be presented to Avertium.

8. Avertium will provide guidance on how the client should link policy and process documentation into the MyCSF Portal.

9. 60 days before the assessment begins, the Avertium project management team will coordinate a status meeting to examine the client's progress in collecting at least 25% of evidence has been gathered, at 33% of policies and procedures have been linked within the MyCSF portal.

10. 30 days before the assessment begins, the Avertium project management team will coordinate a status meeting to examine the client's progress in collecting at least 50% of evidence has been gathered, at 66% of policies and procedures have been linked within the MyCSF portal. Client should start gathering populations for sample testing.

11. Start of the assessment (90 days from submission date to HITRUST), the Avertium project management team will coordinate a status meeting to examine the client's progress in collecting at least 75% of evidence has been gathered, at 100% of policies and procedures have been linked within the MyCSF portal. The client will submit the MyCSF Portal to Avertium.

12. Avertium will conduct interviews with the business unit stakeholders, where applicable.

13. Avertium will perform system tests to validate the implementation of controls, as applicable. These tests are to be performed by Avertium in determining what controls are implemented within the organization and for each system. Once the necessary information is gathered, the assessor will document any findings and provide the results of the assessment to HITRUST.

14. Once controls are assessed through interviews, examination of documentation and testing, the Assessor is in a position to document findings based on the results of these activities, which will ultimately be submitted to HITRUST.

15. HITRUST reviews the assessment and performs a comprehensive Quality Assurance review. NOTE: The HITRUST QA process can result in iterations of additional information and/or evidence that the Client must assist in providing to Avertium to satisfy the requests. Depending on the level of detail of the HITRUST QA requests, this may add days to weeks to the overall timeline.

16. If the Client's object successfully clears HITRUST QA, HITRUST provides a draft report based on the QA reservation placed in the HITRUST MyCSF portal by the client.

17. A Letter of Certification will be issued by HITRUST **only** if the overall score of all 19 domains is 3. Any control / statement that scores less than a 3+ will raise a Corrective Action Plan (CAP). Any domains that do not score as least a 3 will result in the generation of a "Validated" report ONLY. The company has 30 days from the draft to request administrative changes. (Scores will NOT be adjusted / updated) and submit CAPs for any domain scoring less than 3+.

18. Interim Assessment is required at the one (1) year anniversary of certification. – *see HITRUST Interim Assessment item in Manage for SOW language.*

## Deliverables

Validation work within the Client's MyCSF portal submitted to HITRUST for Validated report and Certification (delivered directly to the Client from HITRUST).

**Other Deliverable(s)**

As part of the engagement, Avertium will produce the following additional deliverables for Client:
1. Project Plan, deadlines and milestones
2. Periodic status updates

## Scope

Scope is based on scoping questionnaire document.

## Description of Service

The IDMaP Assessment is a set of controls created to ensure adherence to all laws, regulations, and compliance requirements related to consumer or personal data privacy. The controls are directly derived from the General Data Protection Regulation (GDPR), California Consumer Privacy Act (CCPA), and other data privacy requirements. The controls that cover data security are derived from NIST Special Publication 800-171 "Protecting Controlled Unclassified Information in Nonfederal Systems".
Avertium will perform the following tasks in order to evaluate the organization's compliance with IDMAP control guidance:

- Perform a gap analysis utilizing the IDMaP control set.
- Produce a gap analysis report that compares the baseline technical controls in place today and regulatory requirements.
- Develop recommendations that can be used as a guide for remediating control gaps.

Avertium will assess the organization's infrastructure to include systems, architecture, processes, and procedures Additionally, Avertium will interview key technical and administrative personnel, in order to determine gaps between regulatory requirements and the organization's current operations. The compliance guidance from the IDMaP is broken down into 13 primary control areas:

- Governance Structure
- Data Management
- Data Protection
- Policy Management
- Risk Management
- Data Breach Management
- Data Requests Management
- Compliance Management
- Notices and Disclosures
- Third-Party Management
- Data Privacy Practices
- Training and Awareness
- Data Recovery Capabilities
- 

The results of the assessment are used to identify deviations in organizational control environment from what is required by regulation, where gaps are identified between what the controls require and what is currently in place, recommendations will be provided that provide guidance on how the organization can become compliant.

## Task Specific Deliverable(s)

Avertium will provide a report with the following deliverables:
- Executive Summary
- Detailed Analysis of Control Compliance
- Remediation Recommendations

**Other Deliverable(s)**
As part of the engagement, Avertium will produce the following additional deliverables for Client:
1. Confirmation of scope
2. Documentation and interview request list
3. Project Plan, deadlines and milestones
4. Weekly status reports

## Scope

Scope is based on scoping questionnaire document.

## Description of Service

The Department and the Centers for Medicare & Medicaid Services (CMS) are responsible for providing guidance and oversight for the Exchanges and state information technology (IT) systems that facilitate common electronic enrollment. This responsibility includes defining business, information, and technical guidance that will create a common baseline and standards for these IT system implementation activities. CMS has developed implementation standards and procedures for a number of critical security controls. Other related documents include those developed for the CMS Information Security program that comply with federal mandates and CMS requirements for the handling and processing of CMS's information and information systems. CMS developed the Catalog of Minimum Acceptable Risk Security and Privacy Controls for Exchanges from those delineated in NIST SP 800-53 Rev 4, Security and Privacy Controls for Federal Information Systems and Organizations, for Moderate systems.

Avertium will perform the following tasks in order to evaluate the organization's compliance with MARS-E control guidance:

- Perform a gap analysis utilizing the MARS-E Volume II Version 2 set of standards
- Produce a gap analysis report that compares the baseline technical controls in place today and MARS-E Control Set requirements.
- Develop recommendations that can be used as a guide for remediating control gaps.

Avertium will assess the organization's infrastructure to include systems, architecture, processes, and procedures. Additionally, Avertium will interview key technical and administrative personnel, in order to determine gaps between MARS-E requirements and the organization's current operational practices. The compliance guidance from NIST SP 800-53 will provide the basis of comparison for the gap analysis. Select security controls include all applicable controls from each of the following NIST Control Families:

- Access Control
- Awareness and Training
- Audit and Accountability
- Security Assessment & Authorization
- Configuration Management
- Contingency Planning
- Identification and Authentication
- Incident Response
- Maintenance
- Media Protection
- Physical & Environmental Protection
- Planning
- Personnel Security
- Risk Assessment
- System and Services Acquisition
- System & Comms Protection
- System and Information Integrity
- Program Management

The results of the assessment are used to identify deviations in organizational control environment from what is recommended by the NIST SP 800-53 and MARS-E, where gaps are identified between what the controls require and what is currently in place, recommendations will be provided that provide guidance on how the organization can become compliant.

## Task Specific Deliverable(s)

Avertium will provide a report with the following deliverables:
- Executive Summary
- Detailed Analysis of Control Compliance
- Remediation Recommendations

**Other Deliverable(s)**

As part of the engagement, Avertium will produce the following additional deliverables for Client:
1. Confirmation of scope
2. Rules of engagement document
3. Project Plan, deadlines and milestones
4. Weekly status reports

## Scope

Scope is based on scoping questionnaire document.

GRaaS Platform

Year 1- SOC/HITRUST; Vendor Management; Policies & Procedures
Year 2- IDMAP, MARS-e

## Description of Service

The purpose of GRC Program (GRCP) is to support Protocall Services' (Protocall) on-going compliance initiatives in an automated fashion by ensuring adherence to obligations related to the security, confidentiality, integrity, and accessibility of customer data, systems, and networks. Avertium's GRC Team will assist in the implementation, development, and attestation of a comprehensive cybersecurity program. Avertium will provide a cloud based GRC Platform to upload evidence and validate control responses in accordance with the compliance frameworks identified in this Scope of Work.

## Project Background

Protocall headquartered in Portland, Oregon has roughly 200 employees. Protocall has policies and procedures in place and currently adheres to the HITRUST CSF Framework and compliance standards such as CCPA, GDPR, HIPAA, and MARs-E. Protocall is looking to organize required compliance paperwork, moving from managing their security program in spreadsheets. They conduct annual audits and risk related tasks that they are wanting included within a GRC Platform. Avertium recently conducted a HITRUST CSF assessment, in which Avertium will import into the controls related to this assessment into the GRC Platform where applicable. Protocall is also looking to add SOC 2 requirements into the GRC platform for as a future requirement. The SOC 2 controls will be cross-mapped with the HITRUST requirements to create, where applicable, an evidence repository for both assessments. Protocall is looking to leverage the GRC platform as their policy management tool and also platform to manage their vendor management questionnaires.

## Engagement Approach

**Avertium Phased Methodology**

Avertium takes a three-phased approach to delivering this GRCP:

- Customer Onboarding
- Prioritization and Deployment
- Operation

Conducting GRCP in this fashion provides discipline to accomplish the following:
- Assess, evaluate, report on control findings and security program gaps
- Determine if documented processes are in place and are used by authorized team members to sign off on acceptable risks
- Determine if these processes can be used across frameworks relating to the protection of data and systems

## Phase 1: Customer Onboarding

The Onboarding phase is critical to the development of the GRCP for Protocall. Activities include confirming the scope, project planning, and identification of Protocall's's key personnel within the GRC platform and completing an initial maturity assessment which includes providing current policies, procedures, standard operating procedures, security plans, and inventories.

## Activities

- Avertium and Protocall will confirm scoping and complete project planning on the project kick off
- Avertium will use Protocall's previous security assessments as the initial maturity assessment (refer to Scoping section)
- Protocall must provide their current policies, procedures, standard operating procedures, and security plans; if Avertium does not already obtain the most current versions (i.e., Disaster Recovery Plan, Incident Response Plan, Business Contingency Plan, etc.)
- Protocall must provide Avertium with inventories (standards, users, business functions, manual processes)
- Protocall will verify the Roles and R
- esponsibilities defined by Groups and Individuals are up to date
- Provide Avertium a list of the vendors to be assessed including company names, vendor contact information.

## Deliverables

- Project plan
- Configuration of GRC Platform to appropriate roles and responsibilities and credentials
- Customer folder/file SharePoint

# Phase 2: Prioritization and Deployment

During this phase, Avertium will populate the GRC Platform with baseline data for the respective use cases based on the Protocall information provided within Phase 1: Baseline. Avertium will develop and document standard operating model/documents for managing GRC business processes. Avertium will configure all access and identification parameters to facilitate access and enforcement of roles and responsibilities.

## Activities

- Avertium will deploy the GRC Platform with Protocall's baseline information by configuring Protocall's internal control as they map to specific frameworks and/or compliance standards
- Avertium will provide Protocall with user onboarding for the GRC platform functions and activities
- Avertium will import and onboard Users and Groups identified in Phase 1
- Avertium and Protocall will define a one year compliance roadmap
  - Year 1: HITRUST and SOC 2 Type 2
  - Year 2: IDMaP (CCPA and GDPR) and MARs-E
- Configuration of one vendor questionnaire based on requirements dictated by the customer.
- Client must provide template email language for the vendor questionnaire emails.
- Avertium will configure Policies and Procedures (only the policies and procedures related to the scope of this SOW) within the GRC platform based on following criteria:
  - Avertium will set the Client's Policy owner(s) and Client's reviewer(s)
  - Avertium will set historical dates and the next review dates for each policy and procedure provided.

*Deliverables*

- GRC platform populated with baseline data, audit tasks, Protocall Users and Groups, and policies and procedures
- Initial vendor questionnaire
- Established Policy and Procedure module

## Phase 3: Operation

During Operation, Avertium will manage and maintain day-to-day GRC activities for your organization based on the data, evidence, and documentation acquired throughout the baseline evaluation. There may be exceptions or adjustments to the baseline evaluation that may be incorporated into the 'Operation' phase. Internal controls mapping to compliance will be created. The customer's internal controls will be filled out by Avertium, who will then map them to the selected framework and/or compliance requirements. The evidence collection and curation used to gather the evidence analysis for each internal control is advised upon and set up with the assistance of Avertium.

*Activities*

- Avertium will provide ongoing evidence reviews and curation based on compliance standard and/or framework(s)
- Avertium to develop KPI/metrics to track compliance, overall status, programs maturity, and performance
- Avertium will begin the cadence of evidence collection analysis and monthly evidence gathering
- Avertium will analyze evidence provided against compliance requirements
- Avertium will define a remediation roadmap based on evidence collection analysis and initial baseline assessment
- Client to review vendor questionnaire and provide Avertium any required changes.
- Avertium to configure the vendor questionnaire to be setup for up 50 vendors. Setup will include:
  - naming the vendor questionnaire assessment by each vendor provided by the client,
  - defining the timeframe for the assessment to be automatically sent out to vendors (i.e., five (5) vendors to be sent out a month).
- Avertium will report metrics on SLAs, status, trends, issues, and operation progress on a monthly frequency.
  - Avertium will prepare a monthly report based on compliance analysis for a given time period for Protocall.
  - Avertium will update status of the current health and progress of the GRCP on a quarterly basis.
  - KPIs on audit task results and evidence collection analysis which will be provided to Protocall on a monthly report.
- Avertium and Protocall will meet to review upcoming or outstanding audit tasks and compliance evidence verification on [monthly or quarterly] reviews.
- Quality Assurance to ensure audit maintenance is scheduled with the correct cadence and groups are maintained; along with evaluation that performance against expected results being captured.
- Avertium will be responsible for reviewing which policies and procedures are up for review in the coming month or which reviews are past due. Only the policies and procedures related to the compliance of HITRUST, SOC, MARs-E, and IDMaP (GDPR and CCPAA) will be included in these reviews with Avertium.
- Avertium will review vendor questionnaire responses each month with the Client and provide system generated reports on their responses.

*Deliverables*

- Audit control mapping(s)
- Dashboards and report(s)
- Monthly Executive Briefing
- Automated vendor questionnaire

# Assumptions, Declarations, and Obligations

## Assumptions and Declarations

Protocall agrees to perform the obligations and acknowledges and agrees that Avertium's ability to perform its obligations and its responsibilities depend on Protocall's compliance with the following:

- Unless otherwise noted in this Statement of Work, all work will be done during Avertium's normal business hours (Monday – Friday 8:30 am – 5:30 pm local time). Avertium will obtain prior written consent from Protocall prior to incurring fees for work performed during non-standard business hours.
- The services described in this SOW do not guarantee that intrusions, compromises, or any other unauthorized activity will not occur in the Protocall's environment.

## Out-of-Scope Declaration

- Out-of-scope issues will be reviewed throughout the term of this Statement of Work. If necessary, an amendment to this Statement of Work will be executed as mutually agreed on to address pertinent out-of-scope changes. Any corresponding changes to the Statement of Work, scoping assumptions, pricing, and other essential elements will be included in the amendment. Changes or additions that may affect the scope of this SOW include but are not limited to:
  - A material change in scope such as, but not limited to, additional framework(s) and/or compliance standard(s).
  - Revised (expedited or delayed) implementation timeline.
  - Integration of Protocall's internal IT systems unless specifically outlined in this document.
  - Avertium provides the GRC platform as a cloud solution, Avertium is not responsible for additional hardware for Protocall's IT environment.
  - Avertium will not be complete analysis based on the responses provided by the Client's vendors.
  - Avertium not be responsible for the creation, importing, access for users or maintenance of any policies or procedures not related to the regulatory standards and frameworks specified in this SOW.
  - Customer will properly allocate resources to ensure participation in accordance with the Customer responsibilities defined in the SOW. If Customer does not provide adequate resources, it will lead to an extended schedule and budget increases.
- Avertium offers additional services to support Protocall remediation efforts outside the scope of this project. Each such engagement shall be handled as a change order following proper scoping and mutual agreement to terms by both parties.
- Unless specifically identified as a contracted service described separately in this or a stand-alone SOW, this service does not include digital forensics or incident response (DFIR) services in response to an identified threat. Avertium offers superior DFIR services, which Protocall may elect to utilize. Such services are outside the scope of this agreement.

### *Protocall Responsibilities*

Protocall is responsible for the following:

- Providing a designated point of contact (POC) to facilitate access to information required for Avertium to perform the services noted.

- Notifying Avertium within three (3) business days when employees with logins to Avertium systems are no longer employed with the Protocall or are no longer authorized to have access to Avertium systems.

### *Avertium Responsibilities*

Avertium is responsible for the following:

- Keeping the GRCaaS system current on the most recent version of the platform software.

- Maintaining Avertium networks and systems under Avertium's control to enable Protocall connectivity and access to the GRCaaS system.

- Notifying Protocall within three (3) business days when employees with logins to Protocall systems are no longer employed with Avertium or are no longer authorized to have access to Protocall systems.

- Avertium will ensure that the Protocall's information is kept confidential, available and secure at all times.

## Travel and Equipment Expenses

Travel and equipment expenses may be incurred in order for Avertium consultants to provide the services as noted herein. However, Avertium will make every effort to obtain Client's approval before incurring such expenses. Any delays encountered in obtaining approvals may affect Avertium's ability to provide services in the expected and needed timeframe for the project. Travel expenses and incidentals incurred to deliver the proposed solution will be governed by the Avertium travel policies and be billed either as incurred or at the end of the project.  The payment of these expenses will be governed by the terms of this engagement.

## Licensing and Maintenance

Avertium shall be responsible for obtaining and maintaining licenses necessary for the Eramba platform. Avertium shall be responsible for ongoing maintenance of the Eramba platform. Avertium will adhere to the latest stable version of the software. This includes ensuring critical and security related updates are implemented in a timely manner.
If maintenance is required, Avertium shall be responsible for costs associated with the Eramba platform, including any necessary hardware or software upgrades.

## SOC 2 Type 2 Audit & Attestation (Year 2)

### Description of Service

Avertium will assist A-LIGN with its SOC Type 2 audit of Client. This work will include collecting information from Client to support the SOC Type 2 controls review and assisting with the import of data into A-LIGN's SOC Type 2 audit portal. Avertium will work directly with Client to conduct interviews of key staff and to assist in the identification and collection of evidence to support each SOC Type 2 control requirement.

In some instances, Avertium may also assist with the development and updating of information required as part of the audit. As information is collected and evidence uploaded to the portal, Avertium will work with A-LIGN to assist in answering questions related to the data collection and assessment activities.

During the formal review and attestation of Client, Avertium will be available to assist A-LIGN with any clarifying questions or data collection activities, as needed.

#### Activities

Avertium will:
- Work with the Client to understand and collect the evidence needed for the audit
- Review evidence and documentation collected

#### Deliverables
- Confirmation of scope
- Rules of engagement document
- Project Plan including deadlines and milestones
- Weekly status reports
- Evidence required for A-LIGN's review uploaded to A-LIGN's secure portal for their review

### Guidelines of Independence

#### ET Section 101 – Independence
A member in public practice should be independent in fact *and* appearance when providing auditing and other attestation services.

A **covered member** is—
1. An individual on the attest engagement team;
2. An individual in a position to influence the attest engagement;
3. A partner or manager who provides nonattest services to the attest client beginning once he or she provides ten hours of nonattest services to the client within any fiscal year and ending on the later of the date (i) the firm signs the attestation report for the period during which those services were provided or (ii) he or she no longer expects to provide ten or more hours of nonattest services to the attest client on a recurring basis;
4. A partner in the office in which the lead attest engagement partner primarily practices in connection with the attest engagement;
5. The firm, including the firm's employee benefit plans; or
6. An entity whose operating, financial, or accounting policies can be controlled by any of the individuals or entities described in (a) through (e) or by two or more such individuals or entities if they act together.

A **financial interest** is an ownership interest in an equity or a debt security issued by an entity, including rights and obligations to acquire such an interest and derivatives directly related to such interest.

A **direct financial interest** is a financial interest:
1. Owned directly by an individual or entity (including those managed on a discretionary basis by others); or
2. Under the control of an individual or entity (including those managed on a discretionary basis by others); or
3. Beneficially owned through an investment vehicle, estate, trust, or other intermediary when the beneficiary:

4. Controls the intermediary; or
5. Has the authority to supervise or participate in the intermediary's investment decisions.

An **indirect financial interest** is a financial interest beneficially owned through an investment vehicle, estate, trust, or other intermediary when the beneficiary neither controls the intermediary nor has the authority to supervise or participate in the intermediary's investment decisions.

**Familiarity threat** – The threat that, due to a long or close relationship with a client, a member will become too sympathetic to the client's interests or too accepting of the client's work or product. Examples of familiarity threats include the following:

- A member's immediate family or close relative is employed by the client.

- A member's close friend is employed by the client.

- A former partner or professional employee joins the client in a key position and has knowledge of the firm's policies and practices for the professional services engagement.

- Senior personnel have a long association with a client.

- A member has a significant close business relationship with an officer, a director, or a 10 percent shareholder of a client.

**Management participation threat** – Management participation threat. The threat that a member will take on the role of attest client management or otherwise assume management responsibilities for an attest client. Examples of management participation threats include the following:

- A member serves as an officer or a director of the attest client

- A member accepts responsibility for designing, implementing, or maintaining internal controls for the attest client.

- A member hires, supervises, or terminates the attest client's employees.

## Other Assumptions

**Management, Administrative, Logistics, Process Assumptions**

- Our commitment to you is the best Client experience in every aspect of our process from first impressions throughout your time as our Client. The scheduling of resources is key to this, ensuring that we meet your deadlines and expected outcomes. We understand that "business happens", and we are committed to working with you, but in the rare case of repeated rescheduling of a project(s), Avertium may, in its discretion and with immediate notice to you, bill you for personnel downtime and expenses for scheduled work that is changed within seventy-two (72) hours of the start date. This policy is intended to reduce scheduling conflicts with our professional services where these consequences impact other Client's needs, as well protect the company against unforeseen downtime.

- Client will provide a designated point of contact (POC) to facilitate access to information required for Avertium to perform the services noted. It is preferred that the POC have system and network administration skills.
- Unless otherwise noted in this Statement of Work, all work will be done during Avertium's normal business hours (Monday – Friday 8:30 am – 5:30 pm local time). Avertium will obtain prior written consent from Client prior to incurring fees for work performed during non-standard business hours.

- In the event that Avertium needs to deliver additional professional services to Client, which is beyond the scope noted herein, Client may procure that engagement at Avertium's then current rate. An Avertium Account Executive can assist and provide Client with pricing for the proposed solution. When possible, Avertium will provide a recommended block of hours to purchase for budgetary estimate purposes. Client will be invoiced for the actual hours used during the engagement. Prior to the start of the engagement, both organizations will need to confirm acceptance of the arrangements via email communication.

- Client acknowledges that compliance with the assessment criteria used for this SOW is not a guarantee that the environment considered in the assessment is secured against unauthorized access or compromise.

## HITRUST r2 Interim Assessment (Year 2)
### Description of Service

The following paragraphs detail our understanding of the tasks to be performed.

**HITRUST Interim Assessment**

Avertium will provide a HITRUST interim assessment at the 1-year anniversary of certification. This service includes:

1. Interim assessment must be submitted on the anniversary date.
2. The re-assessment process is as follows: Avertium will perform the following steps:
    a. Avertium must begin fieldwork for the Interim assessment 90 days before the anniversary date.
    b. Request for the company to update the scoping questions
    c. Review the updated questionnaire for changes
    d. Test at least one (1) control / statement in each domain
    e. Review the status of any CAPS to ensure satisfactory progress
    f. Document the results in a memo for HITRUST:
        i. Documents reviewed
        ii. Interviews performed
        iii. Actual tests performed and results
        iv. Progress on any CAPs
    g. The company will be notified, via email from HITRUST, on the interim assessment result. NOTE: If HITRUST determines that progress is not being made with relevant CAPs, they reserve the right to remove the certification.
    h. If the company wishes to have an annual review letter, they must submit a processing fee to HITRUST.

## Declarations and Other Assumptions

**Management, Administrative, Logistics, Process Assumptions**
- Client will provide a designated point of contact to facilitate access to information required to perform the services noted. It is preferred that the POC have system and network administration skills.
- Unless otherwise specified in this SOW, work will be conducted during Avertium's normal business hours. (Monday-Friday 8:30am – 5:30pm Eastern Time)

**Deliverable(s)**
Interim Assessment within the Client's MyCSF portal submitted to HITRUST

**Other Deliverable(s)**

As part of the engagement, Avertium will produce the following additional deliverables for Client:
- Project Plan, deadlines and milestones
- Periodic status updates

## Scope

Scope is based on scoping questionnaire document.

## Fees and Expenses

| Code | Name | Quantity | Unit Price | Extended Price |
|------|------|----------|------------|----------------|
| ES | GRaaS Program Year 1 | 12 | $24,987.00 | $299,844.00 |
| ES | GRaaS Program Year 2 | 12 | $17,987.00 | $215,844.00 |

**Terms**

All Professional Services Work will be completed within twenty-four (24) months from the signature date of this Statement of Work.

**Invoicing**

This SOW contains one or more subscription renewal services. Client will be invoiced monthly for the term of these services beginning on the expiration of the previous term. This SOW will automatically renew for successive twelve (12) month terms ("Renewal Term") unless either party provides the other party with written notice of termination at least ninety (90) days prior to end of the then Renewal Term. Monthly services fees will increase 5% at each renewal term not to exceed Avertium's then current list price for the Services.

Taxes, shipping, handling, and other fees may apply and will be invoiced to Client, as applicable.

**Additional Terms**

During the term of this SOW and for one (1) year thereafter, Client will not hire or attempt to hire any Avertium personnel who performed Services under this SOW and with whom Client personnel had regular contact. If Client violates the previous sentence, Client shall pay Avertium a sum equal to thirty percent (30%) of the last annual salary of the Avertium personnel hired by Client. The parties agree that the sum described in the previous sentence represents a reasonable agreement by the parties to quantify loss due to the difficulty of calculating actual damages, and is therefore intended to act as liquidated damages and not as a penalty. This restriction shall not apply to personnel who respond to publicly available job postings by Client or its agents, but only if Client or its agents do not directly notify such personnel of these postings.

**Sub-Total for Year 1:**     $299,844.00
    **Sub-Total for Subscription Services(Monthly)**     $24,987.00

**Sub-Total for Year 2:**     $215,844.00
    **Sub-Total for Subscription Services(Monthly)**     $17,987.00

| Description | Amount |
|-------------|--------|
| **Total Contract Fees (24 months):** | $515,688.00 |

| | | | | |
|---|---|---|---|---|
| **Prepared by:** | | **Prepared for:** | | **Contract Information:** |

Avertium Tennessee Inc.
Bowe Hoy
1431 Centerpoint Drive
Suite 150
Knoxville, Tennessee 37932
bowe.hoy@avertium.com

Protocall Services, Inc.
Chris Kerns
Director of Information Technology
621 SW Alder Street, Portland, Oregon, 97205

CON-002319
 Date Issued:
**03-09-2023**
Expires:
**04-08-2023**

Payment terms are as agreed upon in Client's fully executed master document.  Pricing offered is valid as noted in this Statement of Work.  Sales tax may be applied where applicable.

**Avertium Tennessee Inc.**                    **Protocall Services, Inc.**

By: *Brian Bilodeau*          By: *Chris Kerns*

Printed:  Brian Bilodeau          Printed:  Chris Kerns

Title:  VP Revenue Operations          Title:  Director of Information Technology

Date:  4/7/2023          Date:  4/7/2023