# Exhibit 4

# CHANGE ORDER

No-Cost Change Order for GRCaaS Program

**Prepared for:**
**Protocall Services, Inc.**
Chris Kerns
Director of Information Technology
621 SW Alder Street, Portland, Oregon, 97205



**More Rigor. More Relevance. More Responsiveness.**

This is Change Order ("Change Order") to the Statement of Work ("SOW") for GRCaaS Program fully executed on 04-07-2023, as amended, by and between Protocall Services, Inc. ("Client") and Avertium Tennessee, Inc., a Tennessee corporation ("Avertium" or "Contractor").

## Change Order Details

| Date: | 06-07-2023 | Change Request #: | 1 |
|---|---|---|---|
| Client Name: | Protocall Services, Inc. | Project Name: | No-Cost Change Order for GRCaaS Program |
| Requested By: | Chris Kerns | Contact: | Bowe Hoy |

| **Original Task/Scope:** |
|---|
| Licensing & Maintenance section reference of Eramba as the GRC tool. |
| **Revised Task/Scope:** |
| Change from "Eramba platform" to "GRC platform". |
| **Revised Deliverables:** |
| No Change. |
| **Change to Term:** |
| No Change. |
| **Change to Pricing:** |
| No Change. |

## Terms

Unless otherwise stated herein, all other terms and conditions of the original SOW shall remain in full force and effect.

AVERTIUM

## Change Order Word Doc

| Prepared by: | Prepared for: | Quote Information: |
|---|---|---|
| **Avertium Tennessee Inc** | **Protocall Services, Inc.** | Version: 1 |
| | 621 SW Alder Street, Portland, Oregon, 97205 | Delivery Date: 06-07-2023 |
| Bowe Hoy | Chris Kerns | Expiration Date: 07-07-2023 |
| 503-308-0094 | 5032656725 | |
| bowe.hoy@avertium.com | chris.kerns@protocallservices.com | |

---

**Avertium Tennessee Inc**                    **Protocall Services, Inc.**

By: *Brian Bilodeau*                    By: *Chris Kerns*

Printed:     Brian Bilodeau            Printed:     Chris Kerns

Title:       VP Revenue Operations     Title:       Director of Information Technology

Date:        6/8/2023                  Date:        6/8/2023

AVERTIUM