# Exhibit 5

# CHANGE ORDER

No-Cost Change Order for GRCaaS Program

**Prepared for:**
**Protocall Services, Inc.**
Chris Kerns
Director of Information Technology
621 SW Alder Street, Portland, Oregon, 97205



**More Rigor. More Relevance. More Responsiveness.**

This is Change Order ("Change Order") to the Statement of Work ("SOW") for O-09431-GRCaaS Program fully executed on 04-07-2023, as amended, by and between Protocall Services, Inc. ("Client") and Avertium Tennessee, Inc., a Tennessee corporation ("Avertium" or "Contractor").

## Change Order Details

| Date: | 03-05-2024 | Change Request #: | 3 |
|---|---|---|---|
| Client Name: | Protocall Services, Inc. | Project Name: | No-Cost Change Order for GRCaaS Program |
| Requested By: | Chris Kerns | Contact: | Matt Ryan |

**Purpose**

The purpose of this change order is to transition from the FedRAMP + Privacy and GRCaaS Platform to the HITRUST r2 + StateRAMP program.

**Original Task/Scope:**

Change Order #2:
GRCaaS Program year 1 = $343,044.00 (monthly $28,587.00)
- HITRUST r2 Assessment
- FedRamp + Privacy
- GRaaS Platform (HITRUST/FedRamp)

GRCaaS Program year 2 = $255,444.00 (monthly $21,287.00)
- HITRUST r2 Interim Assessment
- FedRamp + Privacy
- GRaaS Platform (HITRUST/FedRamp)
-

**Revised Task/Scope:**

GRCaaS Program year 1 = $343,044.00 (monthly $28,587.00)
- HITRUST r2 Bridge Assessment
- HITRUST r2 + StateRAMP Assessment (HITRUST Pilot Program)

GRCaaS Program year 2 = $255,444.00 (monthly $21,287.00)
- HITRUST r2 Interim + StateRAMP Assessment (HITRUST Pilot Program)

**Revised Deliverables:**

See Exhibit A attached below.

Deliverables associated with the FedRAMP + Privacy and GRCaaS Platform will be removed in lieu of the deliverables associated with the HITRUST r2 + StateRAMP assessment.

Due to the nature of this pilot program and the adjustment of HITRUST and Avertium processes to support this project the assessment and certification cycle may change depending upon the needs of the project.

**Change to Term:**

No change.

**Change to Pricing:**

No change.

AVERTIUM

## Terms

Unless otherwise stated herein, all other terms and conditions of the original SOW shall remain in full force and effect.

## Change Order Word Doc

| Prepared by: | Prepared for: | Quote Information: |
|---|---|---|
| **Avertium Tennessee Inc** | **Protocall Services, Inc.** | Version: 3 |
| | 621 SW Alder Street, Portland, Oregon, 97205 | Delivery Date: 03-05-2024 |
| Matt Ryan | Chris Kerns | Expiration Date: 06-03-2024 |
| (206) 919-6925 | 5032656725 | |
| matt.ryan@avertium.com | chris.kerns@protocallservices.com | |

---

**Avertium Tennessee Inc**

**Protocall Services, Inc.**

By: *Brian Bilodeau*

By: *Christopher Kerns*

| | | | |
|---|---|---|---|
| Printed: | Brian Bilodeau | Printed: | Christopher Kerns |
| Title: | VP Revenue Operations | Title: | Director of Information Technology |
| Date: | 3/20/2024 | Date: | 3/19/2024 |

 AVERTIUM

Exhibit A:

## HITRUST r2 Bridge Assessment (Year 1)

# Description of Service

Avertium will provide a HITRUST r2 bridge assessment to meet adjusted dates for the follow-on HITRUST r2 + StateRAMP Assessment (HITRUST Pilot Program) This service includes:
1. The Bridge assessment process is as follows: Avertium will perform the following steps:
    a. Request for the company to contact HITRUST to populate the Bridge
    b. HITRUST will randomly select one (1) control / statement in each domain (total of 19 controls)
    c. Avertium will create and deliver an evidence request list for the Bridge assessment
    d. Avertium will document the results of each control test in the MyCSF portal:
        i. Documents reviewed for each maturity score,
        ii. Results of evidence analysis including actual tests performed
    e. Avertium will submit Bridge assessment upon completion to HITRUST for review
    f. The company will be notified, via email from HITRUST, on the Bridge assessment result.

# Declarations and Other Assumptions
- Client grants Avertium access to the MyCSF portal
- Management, Administrative, Logistics, Process Assumptions
- Client will provide a designated point of contact to facilitate access to information required to perform the services noted. It is preferred that the POC have system and network administration skills.
- Unless otherwise specified in this SOW, work will be conducted during Avertium's normal business hours. (Monday-Friday 8:30am – 5:30pm Eastern Time)

# Deliverable(s)

- HITRUST r2 Bridge Assessment within the Client's MyCSF portal submitted to HITRUST

## Other Deliverable(s)

As part of the engagement, Avertium will produce the following additional deliverables for Client:

1. Project Plan, deadlines and milestones
2. Periodic status updates

 AVERTIUM

## Description of Service

The following paragraphs detail our understanding of the tasks to be performed.

**HITRUST CSF Risk-Based Validated (r2)**

Avertium will provide HITRUST External Assessor services for HITRUST certification through the performance and execution of a Common Security Framework (CSF) r2 Assessment. This service includes the delivery of the necessary validation reports and other attestation documents. The CSF Security Assessment covers the required CSF Controls for Certification (up to 378 Controls).

Following are the action steps which take place during the HITRUST certification via CSF Security Assessment process:

1. The company purchases a HITRUST CSF annual subscription. HITRUST's fee for this annual subscription is dependent upon the number of users. This fee can be paid to Avertium as part of the overall engagement price; Avertium will then submit Client payment to HITRUST.
2. The company selects Avertium as its Assessor organization and grants Avertium as an external assessor
3. The client must identify the project coordinator and the supporting review team personnel at the organization being assessed and project management techniques to be used.
4. The client will define the scope of the assessment in terms of business units and identify appropriate stakeholders from each business unit, including a coordinator. The client will define the scope of the assessment for each business unit in terms of systems, including those with higher risk profiles (e.g., store, process or transmit ePHI).
5. 90 days before the HITRUST assessment starts, the client will start to gather and examine the necessary information (e.g., policies, procedures, records, logs, vulnerability assessment reports, risk assessment reports) and examine configuration settings, physical surroundings, processes and other observable information protection practices.
6. Avertium will deliver the client's HITRUST information request list (IRL) before the start of the assessment.
7. Avertium will review the client's IRL, explain how the documentation should be collected, and a standard methodology on how the evidence should be presented to Avertium.
8. Avertium will provide guidance on how the client should link policy and process documentation into the MyCSF Portal.
9. 60 days before the assessment begins, the Avertium project management team will coordinate a status meeting to examine the client's progress in collecting at least 25% of evidence has been gathered, at 33% of policies and procedures have been linked within the MyCSF portal.
10. 30 days before the assessment begins, the Avertium project management team will coordinate a status meeting to examine the client's progress in collecting at least 50% of evidence has been gathered, at 66% of policies and procedures have been linked within the MyCSF portal. Client should start gathering populations for sample testing.
11. Start of the assessment (90 days from submission date to HITRUST), the Avertium project management team will coordinate a status meeting to examine the client's progress in collecting at least 75% of evidence has been gathered, at 100% of policies and procedures have been linked within the MyCSF portal. The client will submit the MyCSF Portal to Avertium.
12. Avertium will conduct interviews with the business unit stakeholders, where applicable.
13. Avertium will perform system tests to validate the implementation of controls, as applicable. These tests are to be performed by Avertium in determining what controls are implemented within the organization and for each system. Once the necessary information is gathered, the assessor will document any findings and provide the results of the assessment to HITRUST.
14. Once controls are assessed through interviews, examination of documentation and testing, the Assessor is in a position to document findings based on the results of these activities, which will ultimately be submitted to HITRUST.

AVERTIUM

15. HITRUST reviews the assessment and performs a comprehensive Quality Assurance review. NOTE: The HITRUST QA process can result in iterations of additional information and/or evidence that the Client must assist in providing to Avertium to satisfy the requests. Depending on the level of detail of the HITRUST QA requests, this may add days to weeks to the overall timeline.
16. If the Client's object successfully clears HITRUST QA, HITRUST provides a draft report based on the QA reservation placed in the HITRUST MyCSF portal by the client.
17. A Letter of Certification will be issued by HITRUST **only** if the overall score of all 19 domains is 3. Any control / statement that scores less than a 3+ will raise a Corrective Action Plan (CAP). Any domains that do not score as least a 3 will result in the generation of a "Validated" report ONLY. The company has 30 days from the draft to request administrative changes. (Scores will NOT be adjusted / updated) and submit CAPs for any domain scoring less than 3+. Additionally, the certification report will be shared with the StateRAMP organization for the purposes of StateRAMP reciprocity certification.
18. Avertium will support responses and requests from the StateRAMP organization as needed. If additional effort is needed beyond the core engagement, then a change order may be required with or without additional cost.
19. Interim Assessment is required at the one (1) year anniversary of certification. – *see **HITRUST Interim Assessment item in Manage for SOW language.***

# Deliverables

Validation work within the Client's MyCSF portal submitted to HITRUST for Validated report and Certification (delivered directly to the Client from HITRUST).

### Other Deliverable(s)

As part of the engagement, Avertium will produce the following additional deliverables for Client:

1. Project Plan, deadlines and milestones
2. Periodic status updates

# Scope

Scope is based on scoping questionnaire document.

AVERTIUM

## Description of Service

The following paragraphs detail our understanding of the tasks to be performed.

**HITRUST Interim Assessment**

Avertium will provide a HITRUST interim assessment at the 1-year anniversary of certification. This service includes:

1. Interim assessment must be submitted on the anniversary date.
2. The re-assessment process is as follows: Avertium will perform the following steps:
    a. Avertium must begin fieldwork for the Interim assessment 90 days before the anniversary date.
    b. Request for the company to update the scoping questions
    c. Review the updated questionnaire for changes
    d. Test at least one (1) control / statement in each domain
    e. Review the status of any CAPS to ensure satisfactory progress
    f. Document the results in a memo for HITRUST:
        i. Documents reviewed
        ii. Interviews performed
        iii. Actual tests performed and results
        iv. Progress on any CAPs
    g. The company will be notified, via email from HITRUST, on the interim assessment result. NOTE: If HITRUST determines that progress is not being made with relevant CAPs, they reserve the right to remove the certification.
    h. If the company wishes to have an annual review letter, they must submit a processing fee to HITRUST.

## Declarations and Other Assumptions

**Management, Administrative, Logistics, Process Assumptions**

- Client will provide a designated point of contact to facilitate access to information required to perform the services noted. It is preferred that the POC have system and network administration skills.

- Unless otherwise specified in this SOW, work will be conducted during Avertium's normal business hours. (Monday-Friday 8:30am – 5:30pm Eastern Time)

## Deliverable(s)

Interim Assessment within the Client's MyCSF portal submitted to HITRUST

**Other Deliverable(s)**

As part of the engagement, Avertium will produce the following additional deliverables for Client:

1. Project Plan, deadlines and milestones
2. Periodic status updates

## Scope

Scope is based on scoping questionnaire document.

 AVERTIUM

# Assumptions, Declarations, and Obligations

## Assumptions and Declarations

Protocall agrees to perform the obligations and acknowledges and agrees that Avertium's ability to perform its obligations and its responsibilities depend on Protocall's compliance with the following:

- Unless otherwise noted in this Statement of Work, all work will be done during Avertium's normal business hours (Monday – Friday 8:30 am – 5:30 pm local time). Avertium will obtain prior written consent from Protocall prior to incurring fees for work performed during non-standard business hours.

- The services described in this SOW do not guarantee that intrusions, compromises, or any other unauthorized activity will not occur in the Protocall's environment.

## Out-of-Scope Declaration

- Out-of-scope issues will be reviewed throughout the term of this Statement of Work. If necessary, an amendment to this Statement of Work will be executed as mutually agreed on to address pertinent out-of-scope changes. Any corresponding changes to the Statement of Work, scoping assumptions, pricing, and other essential elements will be included in the amendment. Changes or additions that may affect the scope of this SOW include but are not limited to:

  - A material change in scope such as, but not limited to, additional framework(s) and/or compliance standard(s).

  - Revised (expedited or delayed) implementation timeline.

  - Integration of Protocall's internal IT systems unless specifically outlined in this document.

  - Avertium provides the GRC platform as a cloud solution, Avertium is not responsible for additional hardware for Protocall's IT environment.

  - Avertium will not be complete analysis based on the responses provided by the Client's vendors.

  - Avertium not be responsible for the creation, importing, access for users or maintenance of any policies or procedures not related to the regulatory standards and frameworks specified in this SOW.

  - Customer will properly allocate resources to ensure participation in accordance with the Customer responsibilities defined in the SOW. If Customer does not provide adequate resources, it will lead to an extended schedule and budget increases.

- Avertium offers additional services to support Protocall remediation efforts outside the scope of this project. Each such engagement shall be handled as a change order following proper scoping and mutual agreement to terms by both parties.
- Unless specifically identified as a contracted service described separately in this or a stand-alone SOW, this service does not include digital forensics or incident response (DFIR) services in response to an identified threat. Avertium offers superior DFIR services, which Protocall may elect to utilize. Such services are outside the scope of this agreement.

## Protocall Responsibilities

Protocall is responsible for the following:

- Providing a designated point of contact (POC) to facilitate access to information required for Avertium to perform the services noted.

- Notifying Avertium within three (3) business days when employees with logins to Avertium systems are no longer employed with the Protocall or are no longer authorized to have access to Avertium systems.

AVERTIUM

## Avertium Responsibilities

Avertium is responsible for the following:

- Keeping the GRCaaS system current on the most recent version of the platform software.

- Maintaining Avertium networks and systems under Avertium's control to enable Protocall connectivity and access to the GRCaaS system.

- Notifying Protocall within three (3) business days when employees with logins to Protocall systems are no longer employed with Avertium or are no longer authorized to have access to Protocall systems.

- Avertium will ensure that the Protocall's information is kept confidential, available, and secure at all times.

AVERTIUM