# Exhibit

# 6

# CHANGE ORDER

**Transition from LogRhythm MTP to Managed XDR for Microsoft**

*Prepared for:*
**Protocall Services, Inc.**
Chris Kerns
Director of Information Technology
621 SW Alder Street, Portland, Oregon, 97205

 AVERTIUM

Assess  Design  Protec

Case 3:26-cv-01053    Document 1-6    Filed 07/24/26    Page 2 of 19 PageID #: 90

This is Change Order ("Change Order") to the Statement of Work ("SOW") for O-07754-Managed LogRhythm & DFIR fully executed on 4/11/2023 , as amended, by and between Protocall Services, Inc. ("Client") and Avertium Tennessee, Inc., a Tennessee corporation ("Avertium" or "Contractor").  In addition, upon full execution of this Change Order the parties agree to terminate contract 03-09-2023-O-09431-GRCaaS Program and all financial obligations of the Client and delivery obligations of Avertium cease.

## Change Order Details

| Date: | 06-20-2024 | Change Request #: | 1 |
|---|---|---|---|
| Client Name: | Protocall Services, Inc. | Project Name: | Transition from LogRhythm MTP to Managed XDR for Microsoft |
| Requested By: | Chris Kerns | Contact: | Matt Ryan |

| **Purpose** |
|---|
| The purpose of this change order is to replace the value associated contract 03-09-2023-O-09431-GRCaaS Program by extending contract 03-03-2023-O-07754-Managed LogRhythm & DFIR thirteen (13) months and transitioning from Managed LogRhythm to Avertium's Managed XDR for Microsoft. |
| **Original Task/Scope:** |
| Managed LogRhythm MTP for up to 1,000 MPS with 90 days hot storage and 80 Pro Agents; and Incident Response Retainer Flex (80 hrs) Incident Response Retainer Flex (80 hrs) with the ability to reallocate unused retainer hours within the term of the SOW. |
| **Revised Task/Scope:** |
| Managed XDR for Microsoft for up to 650 endpoints Incident Response Retainer Flex (80 hrs) |
| **Revised Deliverables:** |
| Per the SOW found in Exhibit A |
| **Change to Term:** |
| The original term of contract 03-03-2023-O-07754-Managed LogRhythm & DFIR of 5/11/2023 through 5/10/2025 is being extended thirteen (13) months to 7/11/2026. |
| **Change to Pricing:** |
| The monthly fee for the remainder of the term is increasing from $14,568.66 to $16,284.00 per month for a total of $390,816.00 for the remainder of the term. |

## Terms

In addition, Client is granted access to Avertium's GRCaaS platform through the end of the term which is 7/11/2026.

Unless otherwise stated herein, all other terms and conditions of the original SOW shall remain in full force and effect.

AVERTIUM

| Prepared by: | Prepared for: | Quote Information: |
|---|---|---|
| **Avertium Tennessee Inc** | **Protocall Services, Inc.** | Version: 1 |
| | 621 SW Alder Street, Portland, Oregon, 97205 | Delivery Date: 06-20-2024 |
| Matt Ryan | Chris Kerns | Expiration Date: 09-18-2024 |
| (206) 919-6925 | 5032656725 | |
| matt.ryan@avertium.com | chris.kerns@protocallservices.com | |

**Avertium Tennessee Inc**                                           **Protocall Services, Inc.**

By: *Brian Bilodeau*                         By: *Christopher Kerns*

Printed:    Brian Bilodeau                    Printed:    Christopher Kerns

Title:    VP Revenue Operations              Title:    Director of Information Technology

Date:    7/8/2024                            Date:    7/8/2024

AᵛAVERTIUM

# Exhibit A – Managed XDR for Microsoft

This Exhibit ("Statement of Work" or "SOW") describes the following Service(s) the Client is contracting from Avertium:

- **Managed XDR (Extended Detection and Response) for Microsoft**

The scope of the services in this Statement of Work includes services for one or more of the following Microsoft Products:

- Sentinel SIEM
- Microsoft Defender for Endpoint (MDE)
- Microsoft Defender for Identity (MDI)
- Microsoft Defender for Office 365 (MDO)
- Microsoft Defender for Cloud Apps (MDCA)

Avertium's Managed XDR for Microsoft combines Microsoft Sentinel and Microsoft Defender XDR with 24x7 security monitoring, threat coverage and SOC operations to provide unified incident-level visibility, investigation and response across the cyberattack chain. Members of our Cyber Fusion Centers work around the clock to provide automatic disruption of advanced cyberthreats and accelerated response across endpoints, identifies, email, collaboration tools, software as a service (SaaS) applications, cloud workloads and data.

## Company Overview

Avertium is the security partner companies turn to for end-to-end cybersecurity solutions that attack the chaos of the cybersecurity landscape with context. By fusing together human expertise and a business-first mindset with the right combination of technology and threat intelligence, Avertium delivers a more comprehensive, more programmatic approach to cybersecurity - one that drives action on the ground and influence in the boardroom. That's why over 1,200 mid-market and enterprise-level organizations across 15 industries turn to Avertium to be more efficient, more effective, and more resilient when waging today's cyber war.

AVERTIUM

## Description of Service

Avertium's Managed XDR for Microsoft combines Microsoft Sentinel and Microsoft Defender XDR with 24x7x365 security monitoring, threat coverage and SOC operations to provide unified incident-level visibility, real-time analytics, advanced correlation, investigation and response across the cyberattack chain. Members of our Cyber Fusion Centers work around the clock to provide automatic disruption of advanced cyberthreats and accelerated response across endpoints, identifies, email, collaboration tools, software as a service (SaaS) applications, cloud workloads and data.

- Microsoft Sentinel™ is a scalable, cloud-native, security information and event management (SIEM) and security orchestration, automation, and response (SOAR) solution. Microsoft Sentinel delivers intelligent security analytics and threat intelligence across the enterprise, providing a single solution for attack detection, threat visibility, proactive hunting, and threat response.

- Microsoft Defender for Endpoint is an enterprise grade endpoint security solution designed to help enterprise networks prevent, detect, investigate, and respond to advanced threats. Avertium leverages this technology to hunt for threats, to detect active adversaries, and react when an issue is found.

- Microsoft Defender for Identity is a cloud-based security solution that helps monitor and detect identity attacks across an organization. Defender for Identity is fully integrated with Microsoft Defender XDR, and leverages signals from both on-premises Active Directory and cloud identities to identify, detect, and investigate advanced identity and access-based threats.

- Microsoft Defender for Office 365 is a cloud-based filtering service that helps protects against advanced threats to email, links (URLs), attachments and collaboration tools, like phishing, business email compromise, and malware attacks. Defender for Office 365 also provides investigation, hunting, and remediation capabilities to efficiently identify, prioritize, investigate, and respond to threats.

- Microsoft Defender for Cloud Apps is a cloud access security broker (CASB) that operates on multiple clouds and delivers full protection for SaaS applications. It provides rich visibility, control over data travel, and sophisticated analytics to identify and combat cyberthreats across all client cloud services.

Avertium's service includes managing, monitoring, and maintaining the solution for platform health, analyzing and investigating security alerts and incidents, eliminating false positives, documenting and escalating events, providing recommendations for improved security posture and taking agreed upon threat response actions.

The Avertium show-no-weakness approach to implementing, managing, and monitoring Microsoft's Sentinel and Defender XDR platform ensures faster time to deployment and return on investment. As a Microsoft Partner, Avertium experts work with you to deploy, configure, and tailor the in-scope Microsoft platforms to your environment.

AVERTIUM

## Scoping

The scope outlined in this Statement of Work is the sole basis for the estimate(s) provided. If a change in scope is identified by either party, a Change Order will be executed by Avertium and Client to cover additional responsibility and resulting fees necessary.

| Platform | Scope |
|---|---|
| **Managed XDR (Extended Detection and Response) for Microsoft** | Up to 650 Users |

## Engagement Approach

The activities and deliverables for this service are logically grouped in the following three categories:

- Onboarding and Configuration
- 24x7x365 Monitoring, Detection, Alerting and Response
- Operational Support

## Onboarding and Configuration

Proper platform and service onboarding and configuration lays the foundation for a successful managed security services partnership. During this phase of the project, Avertium's project management office (PMO) and Avertium Microsoft certified engineers will follow an orchestrated process to gain a significant understanding of Client's networks, operations, change control procedures, and structure of its personnel.

Avertium will work with Client to configure its Microsoft Sentinel and Defender XDR instance and complete all required configuration and integration with Avertium's service delivery platform used to deliver core service components such as alert and incident case management, service request management, and service reporting.

Along the way, Avertium will provide consulting and technical expertise to prepare the teams to rapidly deploy the Microsoft platforms and as defined in this SOW based on the following approach:

1. Project Kickoff and Implementation Planning
2. Platform Onboarding and Configuration
   - Client Workshop
   - Sentinel & Defender XDR Stand Up and Configuration
   - Pilot Deployment
   - Testing, Tuning and Exclusions
   - Company-wide deployment
   - Final tuning
3. Transition to Service Delivery and Project Closeout
   - CFC Workflow
   - Ticket & Report Review
   - End User Training

AVERTIUM

## Activities

## Project Kickoff and Implementation Planning

- Client will ensure necessary Microsoft licensing is in place prior to the start the Onboarding and Configuration phase and remains in place to support the delivery of in-scope Services for the duration of the SOW Term.
- Avertium Project Management Office will confirm Client has deployed Microsoft Azure and has at least one Tenant and one subscription configured and has the appropriate licensing for Defender XDR before scheduling kickoff.
- Avertium will send Client a welcome letter with kickoff call availability, a detailed Information/Asset Gathering document and other supporting guides and documentation.
- Once the completed materials are returned by Client, Avertium project manager and engineers will work with Client technical teams to create the Client implementation project plan.
- Avertium will schedule a Project Kickoff meeting to work with appropriate Client team members and stakeholders from Avertium and Client's organization to introduce the team and our onboarding methodology.
- Avertium will use the gathered data to create the Project Definition Document to align Client and Avertium's service motion going forward.
- Avertium Engineering and Client will hold an architecture review call for the engineer to understand Client's environment at a deep technical level and confirm solution design:
- Avertium will provide technical guidance and troubleshooting assistance to the Client for any known networking and/or firewall changes required to facilitate communication to the Microsoft Sentinel and Defender XDR platform.
- Client will support Avertium Engineering to assist with change control procedures and proper notification of other potentially impacted teams (e.g., Infrastructure, IT, End User Computing, Business Systems)

## Platform Onboarding and Configuration

This phase of the project involves onboarding and configuration of the SIEM and the in-scope Defender XDR platforms.

### Client Workshop

During this phase of the project, the Client and Avertium will participate in a one-hour workshop to create an MXDR Client Workbook which will document the rules of engagement that will govern the services. The MXDR Client Workbook will, at a minimum, include:

- How Avertium handles false positives in the context of the client's environment.
- A client provided list of hosts that are excluded from Avertium auto response actions.
- Guidelines for how Deny and Disrupt auto responses are to be handled for the hosts in scope.
- A prioritized list of Client contacts authorized to make response action decisions that Avertium should follow when escalation is needed.
- Client contacts who need analyst level access to the Microsoft Sentinel and Defender XDR platform and who is authorized to make administrative level changes.
- Addition information required from Client to complete configuration and access management.


AVERTIUM

**SIEM Deployment**

For this phase, Avertium will:

- Client and Avertium will work together to set up a dedicated account for the Avertium engineer responsible for onboarding to enable the engineer to set up data, connectors, rules, and configure Avertium's Lighthouse to connect to Client's Microsoft Azure instance.
- If local Syslog collection is required, Avertium will guide Client on how to follow documentation to set up a Windows and/or Linux data collection agent on an existing client system or client hosted virtual machine.
- Avertium will guide the client on how to enable log collection for Microsoft Azure resources and applications.
- Avertium will review the Avertium recommended analytic/detection rule set with Client and enable agreed-upon rules in Client environment.
    - The enabled rules will then run for approximately one-week to provide sufficient time to observe them in production and to facilitate effective tuning.
    - Avertium will tune the rules to eliminate false positives, remove rules not providing value, and add rules to address conditions not covered that are identified and agreed upon with the Client.
- If Client agrees to incur the minimal expense to store them, Avertium will enable the OTX and threat intelligence feed into Client's threat intelligence database.

**Pilot Deployment**

For this phase, Avertium will:

- Avertium project managers and engineers will work with Client technical teams to identify a Defender for Endpoint Pilot Deployment Group with representation for the full scope of the implementation. This group will prepare the appropriate deployment packages and configure and tune the agents to address known conflicts and avoid blocking approved applications. The inventory of the target systems will include:
    - Operating systems
    - Critical applications
    - Dependencies and risks
    - Potential application conflicts
    - Networking environment
- Avertium will prepare exclusions for known conflicts to minimize disruption during the deployment.
- Coordinate deployment to Pilot Deployment Group via its project managers and engineers.
- Configure user accounts in Microsoft Defender for Endpoint platform for Client-identified technical team.
- Deliver installation packages to Client for Client to deploy through Client software deployment tools.
- Assist Client technical teams to facilitate deployment and troubleshoot issues.
- Confirm Microsoft Defender for Endpoint agents successfully install, communicate with Microsoft Defender for Endpoint and receive latest threat content packages.
- Apply exclusions for known conflicts identified in the Implementation Planning phase.

AVERTIUM

**Testing, Tuning, and Exclusions**

For this phase, Avertium will:

- Perform testing to ensure Microsoft Sentinel and Defender XDR in-scope components are working as expected and the exclusions are working as intended.
- Troubleshoot technical issues including dependencies and application conflicts.
- Apply additional exclusions as new conflicts are identified in preparation for the mass deployment.

**Company-wide Deployment**

For this phase, Avertium will:

- Assist Client in communicating to business stakeholders of affected systems and coordinate the company-wide deployment.
- Assist Client with any known networking and/or Firewall changes required to facilitate communication to Microsoft Defender for Endpoint
- Finalize platform and policy configuration settings for Defender XDR components.
- Assist Client with documentation required to support Client change control requirements.
- Prepare additional exclusions for known conflicts in target device population.
- Deliver installation packages to Client for deployment through Client software deployment tools.
- Assist Client technical teams to facilitate deployment and troubleshoot issues.
- Confirm Microsoft Defender for Endpoint agents successfully install, communicate with Microsoft Defender for Endpoint, and receive latest threat content packages.

**Final Tuning**

For this phase, Avertium will:

- Apply exclusions for any conflicts identified during the mass deployment.
- Troubleshoot technical issues including dependencies and application conflicts.
- Apply additional exclusions as new conflicts are identified by the client.
- Update the MXDR Client Workbook if needed.

## Transition to Service Delivery and Project Closeout:

- Avertium will schedule and conduct a transition meeting with Service Delivery:
  - Explain what Client will receive notification for and how Client will receive the notifications.
  - Explain how Client can request additional support.
  - Provide Client with Cyber Fusion Center (CFC) contact information.
  - Review the onboarding status and identify and create action plan for addressing outstanding items.
  - Review the reports generated by the Avertium Managed XDR for Microsoft service and communicate to the client the frequency at which they can expect to receive these reports in the future.
- Avertium will begin service commencement activities in cooperation with Client:
  - Schedule service commencement.
  - Send Client a Delivery and Acceptance document.

 AVERTIUM

### *Deliverables*

- Welcome letter.
- Project communication plan
- Project Definition Document
- Implementation project plan
- Working Microsoft Sentinel platform that meets the scoped implementation including:
    - o Up to 5 Microsoft Sentinel Workbooks
    - o Up to 5 Microsoft Sentinel Playbooks
- Deployment and configuration of in-scope Microsoft products tuned to fit Client's environment.
- Non-Administrative access for designated Client technical staff to the Microsoft Sentinel and Defender XDR console for audit and management
- Agreed upon MXDR Client Workbook
- CFC onboarding closeout deck

AVERTIUM

# 24x7x365 Monitoring, Detection, Alerting and Response

Once the onboarding and configuration is complete, Avertium security analysts will begin monitoring the Client's Microsoft Defender XDR environment, 24x7x365 from Avertium's Cyber Fusion Centers (CFCs), for significant security events and will alert Client regarding these events and respond to the cyber threats as agreed upon and documented in the MXDR Client Workbook.

## *Activities*

In providing this service, Avertium will:

- Monitor Client's environment as represented in the unified Microsoft Defender XDR console for threats and incidents as defined during onboarding and configuration.
- Investigate alerts and incidents to eliminate false positives and verify any auto-response actions taken by Microsoft Defender XDR
- Assess the severity of the potential threat to the client's environment and whether any auto-response actions taken were sufficient to address the level of threat presented as defined by the MXDR Client Workbook
- Document findings and recommendations based on their observations and analysis.
- Handle any false positives as defined by the MXDR Client Workbook
- Take pre-approved response actions defined by the MXDR Client Workbook and availability from Avertium's library of approved response actions.
  - Additional response actions which are not part of Avertium's approved standard library of response actions may be subject to additional fees.
- Escalate events to Client as defined by the MXDR Client Workbook
- Provide concise, actionable information to support Client's response to security events.
- Provide Client up to forty (40) hours per quarter of Threat Response Services for the assessment of a potential compromise leading up to Incident Response including the following:
  - Initial compromise assessment
  - Assess for lateral movement.
  - Response actions taken for entities identified as compromised.
  - Recommendation of need for Incident Response.
  - Preliminary containment action recommendations
    - Deny and Disrupt auto response actions (subject to availability from Microsoft and Avertium's approved library of response actions).
- Respond to Client if Client updates ticket.

## *Deliverables*

- Timely notification of incidents that require Client's investigation to determine final disposition and potential need for remediation.
- 24x7x365 Monitoring and response as defined by the MXDR Client Workbook.
- Documented findings and recommendations via agreed upon ticket escalation as defined by the MXDR Client Workbook.
- Revised exclusion rules as needed.
- Regular monthly (or as agreed upon cadence between Avertium and Client) meetings with a Service Delivery Manager based on the contracted tier of service.
- Up to forty (40) hours per quarter of Threat Response Services.

Aᵛ AVERTIUM

# Operational Support

## *Activities*

Avertium goes beyond basic threat detection and response to deliver customer-centric managed security services. In addition to Monitoring and Alerting, Avertium will provide the following as part of regular service operations:

- Named Service Delivery Manager (SDM) - A designated SDM, assigned during the onboarding phase, will provide reporting, and meet monthly with Client throughout the duration of the term of the SOW to review services, operational metrics, ensure health of the platform, and discuss tactical, strategic, and technical needs. Required attendance from Client includes project sponsor, project manager, engineering lead, and other key personnel as needed.
  - The SDM will be responsible for running recurring meetings throughout the contract, ensure timely request delivery, and be a liaison to the service delivery teams.
  - Activities not explicitly included in the SDM service, such as additional operational meetings, executive briefings and advisory activities may be subject to additional fees.
- Cyber Threat Intelligence - Avertium will provide periodic threat reports to the Client as part of normal operations. These reports will cover recent threats, vulnerabilities, and security trends and are delivered in two forms:
  - Threat Intelligence Reports (TIRs): Weekly in-depth reports based on a specific threat actor, attack campaign, TTP, etc. TIRs include Indicators of Compromise (IOCs) which are shared with the Cyber Fusion Center (CFC) to keep detection and threat hunting services up to date with the latest threat intelligence.
  - Flash Notices: Out-of-band email notices sent directly to customer contacts specified during the onboarding process to alert Client to emergent threats which satisfy two or more of the following criteria:
    - Zero-day vulnerability
    - Active exploitation in the wild
    - No available patch
- Customer portal – Avertium will provide Client with a Self-Service Customer portal which includes Security Health information, Active Cases, Service Requests, Security Findings and Reporting.
- Monthly Reporting and Dashboard - On a monthly basis, as part of normal operations, Avertium will provide additional Microsoft reporting (subject to availability of reports on the Microsoft Defender portal), as agreed to in the Client MXDR Workbook and a walk through of the Defender XDR portal dashboard.
  - On a monthly basis, Avertium will provide insights and recommendations to improve overall security posture.
- Avertium will support Client requests for audit evidence for annual or semi-annual compliance audits.

## *Deliverables*

- Weekly Threat Report.
- Flash Notices as needed.
- Cyber threat intelligence.
- Customer Portal
- Monthly SDM review meetings.
- Monthly reporting and dashboard (based on Client MXDR Workbook).
- Monthly insights and recommendations to improve overall security posture.

 AVERTIUM

## Service Levels

Once onboarding and configuration is complete and Avertium and the Customer sign-off that the services defined in the SOW are in full production, Avertium analysts will investigate Critical and High incident alerts generated by the threat detection software and notify the customer within 60 minutes.

This Service Level is dependent on and subject to the following limitations:

- The service level measurement shall not include scheduled maintenance outages.
- The service level shall not apply in the event of any Client-caused service outage that prohibits or otherwise limits Avertium from providing the service or meeting the service level including inaccurate or incomplete information, modifications made to the services, or modifications made to any monitored hardware or software devices by the Client. This includes issues caused by Client's employees, agents, or third parties.

AVERTIUM

## Assumptions and Declarations

Client agrees to perform the obligations and acknowledges and agrees that Avertium's ability to perform its obligations and its responsibilities depend on Client's compliance with the following:

Unless otherwise noted in this Statement of Work:

- Onboarding and maintenance work will be conducted during Avertium's normal business hours (Monday – Friday 7:30 am – 5:30 pm Central time). Avertium will obtain prior written consent from Client prior to incurring fees for work performed during non-standard business hours.

- Onboarding will be scheduled based on Avertium and Client's availability which is typically two (2) weeks after signing of this SOW and takes between four (4) and eight (8) weeks or as mutually agreed by Client and Avertium. If expedited onboarding is required, a one-time charge equivalent to two months of services fees will be charged and the following apply:
    - Client must have a technical point of contact available as necessary to meet Client requirements and responsibilities for connectivity and system configuration requirements.
    - Client change management approvals must be available either as a normal part of the Client's process or in an exception process.

- Only Microsoft supported log sources will be collected for processing and correlation. Custom log parsing is available through additional engineering hours at an additional cost.

- Prior to kickoff, Client has Clients Microsoft Azure environment ready and in production under a dedicated subscription in which Sentinel and Defender XDR will run. Our service assumes Client will have 1 tenant and 1 subscription each configured in Microsoft Azure running Sentinel and Defender XDR. Additional instances of Sentinel or Defender XDR will incur an additional fee.
    - The onboarding schedule is dependent on Client deploying Microsoft Azure, Microsoft Sentinel and Log Analytics Workspace. Onboarding will not begin until these are installed and operational.
    - Client has created and setup the Log Analytics workspace.

- Client agrees to allow Avertium's Lighthouse subscription to connect Avertium's Microsoft Azure instance to Client's Microsoft Azure instance to manage access to Client's subscription. Avertium will provide required account access and permissions information to Client during onboarding.

- In the event Client is switching from another technology to Microsoft Sentinel and Defender XDR, this SOW does not include a one-for-one replication of rules from the Client's previous environment. Avertium will evaluate the previous rulesets if available and recommend similar Microsoft Sentinel and Defender XDR configurations based on Microsoft best practices if there is a reasonable match.

- The monitoring services described in this SOW do not begin until onboarding is complete. Unless otherwise mutually agreed by Avertium and Client.

- Once onboarding is complete, requests for engineering support will be submitted through the CFC or the Client's SDM.

- Avertium monitored security services of Client's environment does not guarantee that intrusions, compromises, or any other unauthorized activity will not occur on a Client's environment.

- Client is solely responsible for acting upon the events, incidents, and findings presented to Client for the devices subject to this service. Avertium shall not have any liability or responsibility in connection with or arising out of Client's actions, failure to act, or delay in acting on such events and/or incidents as and when presented.

- While not a direct requirement, the deployment of Microsoft Intune can help facilitate the deployment and

AVERTIUM

configuration of Microsoft Defender for Endpoint. Avertium strongly recommends the deployment of Intune ahead of the deployment of Defender for Endpoint.

- No manual response actions will be taken by Avertium as these Service(s).

- Avertium's current Defender for Cloud Apps service includes support for the Microsoft 365 cloud application, data connector, default protection policy and associated alerting. Support for additional Cloud applications can be provided for an addition fee.

- The maximum number of configurable Custom Protected Users will be limited to 350.

- The maximum number of configurable Custom Protected Domains will be limited to 50.

- There is no maximum on the number of Trusted Senders and Domains that can be configured within Defender for Office 365.


## Avertium Responsibilities

Avertium is responsible for the following:

- Performing timely analysis of incidents, eliminating false positives when possible, and providing timely notification to the client.

- Avertium will integrate Client platform into Avertium's Lighthouse infrastructure.

- Keeping up to date on enhancements and improvements in the Microsoft Sentinel Solution

- Maintaining Avertium networks and systems under Avertium's control to enable connectivity to the Microsoft Sentinel system and enable timely notification of incidents.

- Notifying Client within three (3) business days when employees with logins to Client systems are no longer employed with Avertium or are no longer authorized to have access to Client systems.

- The Services leverage Microsoft's products and Avertium agrees to comply with the vendor specifications of their product and any modifications to those specifications during the term of this service.

- Avertium will schedule and conduct the service onboarding kick-off session within 30 days of the execution of this agreement or on a mutually agreed upon date between Client and Avertium.

- Avertium and Client agree to initiate the pilot deployment in simulation mode and switch to protection mode when initial tuning is complete and prior to the completion of the deployment phase and 24x7 monitoring by Avertium's Cyber Fusion Center staff.

- Avertium will conduct the one-hour workshop to develop the MDR Client Workbook with Client during the Controlled Deployment onboarding.

- Avertium responses will be determined by and limited to those pre-approved by Client and defined in the MDR Client Workbook.

- Avertium shall have no liability for any adverse outcomes resulting from following and taking actions defined in the Rules of Engagement.

- Avertium will manage Microsoft Defender for Endpoint capabilities through the unified Microsoft Defender portal.

AVERTIUM

## Client Responsibilities

- Providing a designated point of contact (POC) to facilitate access to information required for Avertium to perform the services noted. It is preferred that the POC have system and network administration skills.
- Client will provide appropriate Avertium personnel access to the platform for ongoing support.
- Client is responsible for deployment of new agents following project go live date.
- Client will promptly obtain and provide to Avertium any required licenses, approvals or consents necessary for Avertium' performance of the services. At a minimum, Avertium requires Client to provide:
  - A dedicated Microsoft Azure subscription for Microsoft Sentinel
  - Log Analytics Workspace (LAW)
  - Necessary Microsoft Defender XDR licensing for all in scope users and systems to be monitored and protected by the Service.
- Client will provide necessary resources for Avertium Threat Feed and Microsoft Threat Intelligence data in Client's Sentinel and Defender XDR environment at Client's expense.
- Client is responsible for setting up and maintaining the working order of Client automations/playbooks.
- Client is responsible for managing its endpoint management tools.
- Client will provide appropriate Avertium personnel access to the platform for ongoing support.
- Client is responsible for the timely deployment of appropriate and necessary agents and sensors to Client infrastructure for in-scope devices.
- Client is responsible for managing its user accounts.
- The Client will be responsible for all maintenance and ongoing good working of applicable log collection infrastructure and ensuring all logs from in-scope devices are sent to the Avertium Cyber Fusion Center through the SIEM for processing. Avertium will only have visibility into logs that are received by the Avertium Cyber Fusion Center.
- As necessary, Client will configure its servers, network devices, cloud services, and other log sources to generate the logs as defined by Avertium and in accordance with vendor best practices.
- Client will provide Avertium the necessary resources in the environment for operating the log collector servers (Log Collectors). These may be physical or virtual servers.

AVERTIUM

## Out-of-Scope Declaration

- Out-of-scope issues will be reviewed throughout the term of this Statement of Work. Out-of-scope scenarios include any change within Client's environment which materially impacts Avertium's ability to deliver services in alignment with the statement of work, scoping assumptions, pricing, and other essential elements of this Statement of Work. If necessary, an amendment to this Statement of Work will be executed as mutually agreed to address pertinent out-of-scope changes. Any corresponding changes to the Statement of Work, scoping assumptions, pricing, and other essential elements will be included in the amendment.

- In the event Client requests additional services beyond the scope of this SOW, including requests that expand the obligations stated or intended by the nature of the deliverables contained in this SOW, Client and Avertium may either execute an amendment or change order to this SOW to adjust the scope of services and pricing to include the expanded services, execute a separate SOW for additional services if applicable, or leave the scope and mutual obligations as stated in this SOW.

  Items that potentially expand services include but are not limited to:
  - A material change in the amount of logs to be collected
  - Changes in scoping assumptions, activities performed, deliverables provided, or other essential elements of this SOW.
  - Existing third-party endpoint protection or anti-virus applications that conflict with Microsoft Defender XDR which may require modification or removal prior to the installation or activation of Microsoft Defender XDR capabilities.
  - The lack of automated software deployment solution or client resources to execute the pilot deployment or mass rollout.
  - Change within Client's environment which materially impacts Avertium's ability to deliver services in this SOW (e.g., additional locations, acquisitions, additional compliance requirements, etc.).

- Archiving and retaining logs in Microsoft Sentinel beyond the 90 days included in the Log Analytics Workspace is out of scope for the services described in this SOW.

- Unless specifically identified as a contracted service described separately in this or a stand-alone SOW, this service does not include digital forensics or incident response (DFIR) services in response to an identified threat. Avertium offers superior DFIR services, which Client may elect to utilize. Such services are outside the scope of this agreement.

- In the event that Avertium needs to deliver additional professional services to Client, which is beyond the scope noted herein, Client may procure that engagement at Avertium's then current rate. An Avertium Account Executive can assist and provide Client with pricing for the proposed solution. When possible, Avertium will provide a recommended block of hours to purchase for budgetary estimate purposes. Client will be invoiced for the actual hours used during the engagement. Prior to the start of the engagement, both organizations will confirm acceptance of the arrangements via email communication.
  - Microsoft Sentinel features that are out of scope for this SOW include:
  - Entity Behavior Watchlists
  - Jupyter Notebooks
  - Microsoft Azure Monitor Agent (Requires Microsoft Azure Arc)
  - Content Management

- Other Microsoft dashboards or applications outside of Microsoft Sentinel including but not limited to Power BI or Grafana dashboards are out of scope for this SOW.

Aᵛ AVERTIUM

- Avertium acknowledges that the Services may be provided in conjunction with other Client security capabilities. Avertium will not be responsible for the maintenance, use, or delivery of security capabilities provided by Client-owned out-of-scope technologies or 3rd party services. Avertium be responsible for the failure of those out-of-scope technologies or services if the negatively impact Avertium's ability to deliver the Services.

Preview Note: Any Microsoft preview feature that becomes generally available will be reviewed to determine when it may be supported in the Avertium service offering. Once supported, it may be included at Avertium's discretion to the Services without incremental cost and may be grandfathered into this SOW without requiring a change order. Newly released features that are supported that require an additional cost can be added to this SOW via a change order reflecting the new services at a mutually agreed upon incremental cost. Avertium may from time to time and at Avertium's discretion, engage with Client to evaluate preview features in Client's environment prior to general release as mutually agreed.

AVERTIUM