IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Avertium Tennessee, Inc.                 ,
　　　　Plaintiff(s),

v.                                          Case No.____3:26-cv-01053_____

ProtoCall Services, Inc.                 ,
　　　　Defendant(s).

**BUSINESS ENTITY DISCLOSURE STATEMENT**
**(Disclosure of corporate affiliations and financial interests)**

To provide the disclosures required by Fed. R. Civ. P. 7.1(a), and in compliance with the provisions of Local Rule 7.02(a), including for determination of judicial conflicts, this Business Entity Disclosure Statement is filed by Avertium Tennessee, Inc._____. The filer acknowledges its continuing obligation to update and supplement this statement.

**INSTRUCTIONS: Check the applicable blank or blanks, and fully provide any required information. Attach separate pages as necessary to fully provide required information.**

1.　　　This party or intervenor is a publicly held corporation or other publicly held entity, incorporated in the state of _____N/A_____with a principal place of business in the state of _____N/A_____.

2.　　　This party or intervenor is a privately held corporation, incorporated in the state of _____Delaware_____ with a principal place of business in the state of _____Tennessee_____. Ten percent (10%) or more of this corporation is owned by (list below all ownership interests of 10% or more):

Avertium Tennessee, Inc. is wholly owned by Avertium Companies, Inc._____
_____.

3.　　　Is this party or intervenor a parent or subsidiary of another corporation or corporations?

　__X_ YES　　____ NO

If the answer is YES, state the identity of the parent or subsidiary and whether the named party is the parent or the subsidiary.

Avertium Tennessee, Inc. is a wholly owned subsidiary of Avertium Companies, Inc.
_____.

4.      Is this party or intervenor affiliated with any other corporation or corporations, other than as a parent or subsidiary?

_____ YES      _X_ NO

If the answer is YES, state: (i) the identity of the affiliated corporation(s); (ii) the nature of the relationship between the affiliated corporation(s) and the named party or intervenor; and, (iii) whether the affiliated corporation owns ten percent (10%) or more of the stock or ownership interests of the named party or intervenor and, if so, percentage of interest owned.

_____N/A_____

_____.

5.      Is there a publicly held corporation or another publicly held entity, not a party to the case, that has a direct  financial interest in the outcome of the litigation?

_____ YES      _X_ NO

If the answer is YES, state the identity of such corporation and the nature of the financial interest.

_____N/A_____

_____.

6.      If the named party or intervenor is a business entity other than a corporation (i.e. partnership, limited liability entity, or trust), identify all individuals or entities holding ten percent (10%) or more of the ownership interests in the named party or intervenor.

_____N/A_____

_____ .

**Provide any additional pertinent information on attached page(s).**

Date: _7/24/26_          Signature: _/s/ Benjamin S. Morrell_____

Printed Name:_Benjamin S. Morrell_____

Title: _Counsel for Plaintiff_____

**<u>CERTIFICATE OF SERVICE</u>**
**[Include certificate of service pursuant to LR 5.01.**
**Attach as separate page if necessary due to space constraints.]**

2

# CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system, which will send notice of such filing to all counsel of record.

Date: July 24, 2026

/s/ *Benjamin S. Morrell*